UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                    Chapter 7

LIGHT VISUALLY TRANSCEIVING                               BKY Case 25-60070 - MER
 SYSTEM,
                          Debtor.

---

**APPLICATION FOR APPROVAL OF EMPLOYMENT
OF AGENT, RECOMMENDATION AND ORDER**

---

1.      Applicant is the trustee in this case.

2.      Applicant applies for approval of the employment of Tom Goldblatt, Managing
        Partner, and RAVINIA CAPITAL LLC, 501 N. Clinton Street, Suite 1206,
        Chicago, IL 60654; Phone: (312) 316-4641, as an agent and exclusive broker and
        advisor of the LVX System IP portfolio, including, but not limited to, patents
        registered to "Federal Law Enforcement Development Service, Inc."

3.      The project is to be delivered in two phases and terms and conditions of
        compensation and reimbursement of expenses are as follows:

        **The Phase 1 Market Assessment:**

        Time: 6 to 8 weeks

        Expected Reimbursable Technical Expenses: estimated at $5,000

        **The Phase 2 Transaction Process:**

        Time 3 to 6 months

        Fees: 30% of transaction proceeds, plus reimbursable expenses.

        Expected Reimbursable Technical Expenses: estimated at $25,000.

        (In regard to Reimbursable Technical Expenses, certain expenses must be
        incurred in order to determine if there is a likely commercial target, if technology
        transfer/commercialization is a option, if the patents appear to cover an adjacent
        technology and/or if third party infringement The outcome of these assessments

1

will determine what value, if any, can be gained through a transaction process and is essential to property marketing the Assets.  Broker will submit bids for any technical expenses to keep them to a minimum and provide receipts for the work.)

**Payments as provided for above shall only be payable upon sale of the estate assets.**

4.      The Trustee has verified the appropriate bonding and insurance coverage.

5.      The Trustee and the broker have agreed that the deadline for the turnover of sale proceeds and the accounting thereof shall be no later than within 30 days of the sale.

6.      The broker will take possession from the Trustee of the items to be sold and follow the professional's usual and customary methods of securing the property until sale.

7.      Said professional has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: none.

WHEREFORE, Applicant requests that the Bankruptcy Court approve such employment by the Trustee.

Dated:   June 4, 2025

/s/ J. Richard Stermer
J. Richard Stermer
Chapter 7 Bankruptcy Trustee
P.O. Box 514
Montevideo, MN 56265
(320) 269-6491
rstermer@stermerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

LIGHT VISUALLY TRANSCEIVING
SYSTEM,

Debtor.

Chapter 7

BKY Case 25-60070 - MER

---

## VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

---

I, Tom Goldblatt of Ravinia Capital , the professional named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1.  I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.

2.  I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following:  None.

Dated:  __June 4, 2025__

Ravinia Capital, LLC
Tom Goldblatt, Managing Partner

501 N Clinton Street, Suite 1206
Chicago, IL 60654
(312)316-4641
Email:  Tgoldblatt@raviniacapitalllc.com
Web: www.raviniacapitalllc.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                              Chapter 7

LIGHT VISUALLY TRANSCEIVING                          BKY Case 25-60070 - MER
 SYSTEM,
                          Debtor.

---

**ORDER**

---

The Application to Employ Ravinia Capital, as broker for the trustee came before the

court.  Based on the Application, the Recommendation of the United States Trustee, and

pursuant to the provisions of Title 11, United States Code, § 327,

IT IS HEREBY ORDERED the professional employment applied for is hereby approved

subject  to the limitations on compensation provided by Title 11, United States Code, § 328.

_____

United States Bankruptcy Judge