**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: | BKY Case No.: 25-60070 |
| | Chapter 7 |
| LIGHT VISUALLY TRANSCEIVING SYSTEM CORPORATION, | |
| Debtor. | |

---

**ORDER APPROVING SALE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. § 363(F) AND (A) AUTHORIZING AND SCHEDULING AN AUCTION FOR THE SALE OF THE SALE ASSETS, (B) APPROVING BIDDING PROCEDURES, (C) AUTHORIZING THE DESIGNATION OF STALKING HORSE BIDDERS, (D) APPROVING THE FORM AND MANNER OF CERTAIN NOTICES**

---

This matter came before the Court for a hearing on March 10, 2026, on the TRUSTEE'S NOTICE OF MOTION AND MOTION TO APPROVE SALE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. § 363(F) AND FOR ENTRY OF ORDERS (A) AUTHORIZING AND SCHEDULING AN AUCTION FOR THE SALE OF THE SALE ASSETS, (B) APPROVING BIDDING PROCEDURES, (C) AUTHORIZING THE DESIGNATION OF A STALKING HORSE BIDDER AND APPROVING BREAK-UP FEE, (D) APPROVING THE FORM AND MANNER OF CERTAIN NOTICES, (E) SETTING A DATE FOR THE SALE HEARING, (F) APPROVING THE SALE OF THE SALE ASSETS TO THE HIGHEST OR BEST BIDDER FREE AND CLEAR OF LIENS, AND (G) GRANTING RELATED RELIEF (the "Sale Motion"), filed by J. Richard Stermer (the "Trustee") on February 17, 2026, in his capacity as the Chapter 7 Trustee for Light Visually Transceiving System Corporation, a Minnesota corporation d/b/a LVX System (the "Debtor"), pursuant to §§ 105 and 363 of the Bankruptcy Code and Rules 2002, 6004, and 9006 of the Federal Rules of Bankruptcy Procedure, after due notice and opportunity for hearing. ECF No. 43. It appears to the Court that all creditors and parties in interest were given notice of the Motion and Hearing and were given until March 3, 2026, to file any objections thereto.

Upon consideration of the Sale Motion and the evidence submitted in support thereof, and it appearing that this Court has jurisdiction to consider the Sale Motion; that the relief requested therein is in the best interests of the Debtor's estate and all parties in interest, including a sale (the "Sale") of certain assets defined in the Sale Motion and the Bidding Procedures (the "Sale Assets") pursuant to Section 363 of the Bankruptcy Code; that adequate notice of the Sale Motion has been provided; and that exposing the Sale Assets to competitive bidding is in the best interests of the estate and all parties in interest, and after further hearing to confirm the Sale; therefore:

**IT IS HEREBY ORDERED THAT**:

1. The Sale Motion is GRANTED, to pursuant to the terms set forth therein and the Trustee may proceed with the auction of the intellectual property listed in Exhibit A attached to the motion.

1

2. The stalking horse bidder, Lauqe LLC, a Texas limited liability company, and their initial bid of $150,000.00 is approved.

3. The "Bidding Procedures" attached to the motion as Exhibit B are hereby approved by this Court and incorporated by reference as if set forth fully herein.

4. Stermer & Sellner, Chtd. is authorized to act as the escrow agent regarding bid deposits for any qualified bidders.

5. The Trustee is authorized to conduct an auction (the "Auction") with respect to the Sale Assets. The Auction shall be held on April 7, 2026, commencing at 1:00 p.m. central time, via zoom via the following link (https://us06web.zoom.us/j/81670371334) and shall be governed by the Bidding Procedures.

6. The Trustee must file the auction results for approval with the Bankruptcy Court upon completion of the Auction, designating the Prevailing Bidder and the Back-up Bidder, if applicable, setting forth in each instance the amount of the respective Bids. The auction results should be filed for approval by April 17, 2026 . The final hearing (the "Sale Hearing") to approve the Prevailing Bider and the Back-up Bidder will be held before the Court at a time to be set upon the filing for the auction results.

7. The estimated payoff amount owed to VIDAS, ARRETT & STEINKRAUS, P.A. on its secured claim is $93,490.00.  VIDAS, ARRETT & STEINKRAUS, P.A.'s lien shall attach to the proceeds of this sale with the same dignity and priority as to the intellectual property.

8. The above sale of the Sale Assets shall be free and clear of all liens, including but not limited to the lien of VIDAS, ARRETT & STEINKRAUS, P.A.

9. Any stay of this Order pursuant to Federal Rule of Bankruptcy Procedure 6004(h) shall be waived.

Dated: *March 12, 2026*

s/ William J. Fisher

William J. Fisher
United States Bankruptcy Judge