UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

LIGHT VISUALLY TRANSCEIVING
 SYSTEM,

                    Debtor.

Case No.  25-60070
Chapter 7

**ORDER**

This matter came on for hearing on the trustee's motion for an order approving the settlement reached between the trustee and Jason Bernick.  Based upon the motion, files and records,

IT IS ORDERED:

1.      The motion is granted.

2.      The settlement is approved.

s/ William J. Fisher

Dated:  *March 31, 2026*

_____

United States Bankruptcy Judge