## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MINNESOTA

---

In re:

LIGHT VISUALLY TRANSCEIVING
SYSTEM CORPORATION,

Debtor.

BKY Case No.: 25-60070

Chapter 7

---

## TRUSTEE'S NOTICE OF MOTION AND MOTION TO APPROVE SALE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. § 363(F)

---

**TO**: THE UNITED STATES TRUSTEE; THOMAS H. OLIVE LAW, P.A., ON BEHALF OF THE SECURED CREDITOR, VIDAS, ARRETT & STEINKRAUS, P.A.; AND ALL OTHER INTERESTED PARTIES.

### NOTICE OF MOTION

1.  J. Richard Stermer, in his capacity as Chapter 7 Trustee for Light Visually Transceiving System Corporation, a Minnesota corporation doing business as LVX System (the "Debtor" or "LVX"), pursuant to 11 U.S.C. §§ 105 and 363, and files this motion (the "Motion") seeking entry of (a) an Order approving the sale of Debtor's intellectual property and personal property.

2.  The Court will hold a hearing on this Motion at **11:00 a.m.** on **Tuesday, May 5, 2026**, before the Honorable William J. Fisher.  **The hearing will be conducted telephonically.**  Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov or by telephone at 651-848-1061to obtain the dial-in information. Dial-in instructions for telephonic hearings will also be displayed the day prior to the hearing on Judge Fisher's public calendar here: https://www.mnb.uscourts.gov/judges-calendars. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 48 hours prior to the hearing.

3.  Any response to this Motion must be filed and served not later than **Tuesday, April 28, 2026**, which is seven days before the time set for the hearing (including Saturdays, Sundays and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

## **MOTION**

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. Consideration of this Motion constitutes a core proceeding under 28 U.S.C. § 157(b). Venue of this proceeding is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  This case was commenced as a voluntary Chapter 7 case on February 7, 2025.

2. This motion arises under 11 U.S.C. §1206, 11 U.S.C. §363(f), and Fed. R. Bankr. P. 6004 and 2002. This motion is filed under Fed. R. Bankr. P. 9013 and Local Rules 9013-1.

## RELIEF REQUESTED

3. The Trustee is proposing to sell Debtor's intellectual property as described in their previous motion filed on February 17, 2026 (docket no. 43) and approved on March 12, 2026 (docket no. 46).  The intellectual property was sold via auction, pursuant to the procedures approved by this court on March 12, 2026 (docket no. 46).

4. The Trustee is requesting to sell the intellectual property to Decentranet SPV 16, LLC, for $250,000.00, who submitted the winning bid at the live auction, that was held on Tuesday, April 7, 2026, pursuant to the a approved bidding procedures.

5. In addition, the Trustee is also requesting to sell the remnant assets of the Debtor to Decentranet SPV 16, LLC, for $2,600.00.

6. In the event that Decentranet SPV 16, LLC, is not able to complete the transaction, the intelletgual property shall be sold to the backup bidder, Tanvas Magic Inc. for $200,000.00.

## BACKGROUND

7. On February 7, 2025, the Debtor, Light Visually Transceiving System Corporation, a Minnesota corporation doing business as LVX System (the "Debtor"), filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Minnesota (the "Bankruptcy Court"). J. Richard Stermer was appointed as Chapter 7 Trustee in the Debtor's case.

8. The Debtor, Light Visually Transceiving System Corporation, a Minnesota-based corporation doing business as LVX System (the "Debtor" or "LVX"), was a technology company focused on the development and commercialization of visible light communication and Light Fidelity (Li-Fi) systems that transmit data using LED light. The Debtor began operations prior to the Petition Date, conducted business developing and marketing its LVX System technology.

9. The Intellectual property sale assets are subject to liens and/or encumbrances in favor of VIDAS, ARRETT & STEINKRAUS, P.A. in the amount of $93,490.00.

2

10. It is not believed that any entity has an interest in the remnant assets of LVX.

11. The Trustee requests that the sale of LVX's intellectual assets and remnant assets to Decentranet SPV 16, LLC be made free and clear of liens and encumbrances pursuant to 11 U.S.C. 363(f), and that the Court issue an order finding that all liens and encumbrances against the Real Estate shall be avoided, including, but not limited to, the creditors listed in paragraph 8 of this motion, with the net proceeds being remitted to the Trustee to pay unsecured creditors.

CLOSING COSTS

12. Estimated closing costs are expected to be $110,000.00, as detailed below.

13. In connection with the proposed sale, on or about June 10, 2025, an order was entered approving the retention of Ravinia Capital LLC as financial advisor and investment banker to assist the Trustee in marketing the Sale Assets and facilitating a sale process. [Doc. No. 22]

14. Since its retention by the Trustee, Ravinia Capital LLC has undertaken the following activities, all designed to expose the Sale Assets to the greatest number of potential and qualified purchasers:

   a)  Identifying and contacting potential strategic and financial purchasers with an interest in the Sale Assets;

   b)  Preparing and distributing marketing and advertising materials describing the Sale Assets and the sale process;

   c)  Promoting outreach to potential bidders through targeted communications and industry networks; and

   d)  Advising the Trustee on the structure, timing, and procedures for the auction, including the solicitation of stalking horse bids and related protective measures.

15. Pursuant to the order approving the retention of Ravinia Capital LLC, it is to paid $75,000.00 of the sales amount (30%), plus $19,714.00 for reimbursable expenses.  In the event the sale cannot be completed to Decentranet SPV 16, LLC, for $250,000.00, and instead the intellectual property is sold to Tanvas Magic Inc. for $200,000.00, Ravinia Capital LLC contingency fee shall be reduced to $60,000.00.

16. At the recommendation and in collaboration with Ravinia Capital LLC, the Trustee conducted an auction of the intellectual property with use of a stalking horse bidder.  The stalking horse bidder, Lauqe LLC, a Texas limited liability company, offered $150,000 for the Sale Assets. The use of a stalking horse bidder and it's break-up fee was approved on March 12, 2026 (docket no. 46).  Lauqe, LLC, shall be paid a break-up fee of $20,000.00.

SALES PROCEEDS

17. The Trustee seeks to sell the Debtor's intellectual property and remnant assets free of liens, pursuant

to 11 U.S.C. § 363(f)(1) and (2) and 11 U.S.C. § 363(b) and that the net proceeds be remitted to the secured creditor and the Trustee by virtue of their priority liens.

18. The Trustee request that the Court authorize the distribution of sale proceeds pursuant to the following priorities:

    a.  VIDAS, ARRETT & STEINKRAUS, P.A. – $93,490.00.

    b.  Lauqe, LLC – $20,000.00;

    c.  Ravinia Capital LLC – $94,714.00;

    d.  Chapter 7 Trustee – approximately $44,396.00 (remaining proceeds).

WAIVER OF STAY UNDER
BANKRUPTCY RULE 6004(h) AND 6006(d)

19. Pursuant to Bankruptcy Rule 6004(h), "An order authorizing the use, sale, or lease of property other than cash collateral is stayed until the expiration of 14 days after entry of the order, unless the court orders otherwise." Fed. R. Bankr. 6004(h).

20. Any delay in the Trustee's ability to consummate the sale would be detrimental to the Debtor's creditors and the estate and would impair the Trustee's ability to take advantage of the substantial cost-savings that can be achieved by an expeditious closing of the sale.

21. For this reason and those set forth above, the Trustee submits that ample cause exists to justify a waiver of the fourteen-day stay imposed by Bankruptcy Rule 6004(h) and 6006(d), to the extent applicable.

WHEREFORE, the Trustee respectfully requests that this Court:

1. Trustee respectfully request that the Court issue an order authorizing the sale of the Intellectual Property and Remnant Assets of Debtor free and clear of liens, avoiding all liens against the assets, and that the sale proceeds be distributed as requested.

2. Approving the sale of the intellectual property to the backup bidder in the event that the winning bidder is not able to close.

3. Grant the Trustee such other relief as the Court may deem necessary and proper.

Dated: April 14, 2026                Respectfully Submitted:

                                      */e/ Krystal M. Lynne*
                                      102 Parkway Drive, P.O. Box 514
                                      Montevideo, MN 56265
                                      Telephone: (320) 269-6491
                                      E-mail: klynne@stermerlaw.com
                                      ***Attorney for Trustee***

4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                    BKY Case No.: 25-60070

LIGHT VISUALLY TRANSCEIVING                                            Chapter 7
SYSTEM CORPORATION,

                           Debtor.

**MEMORANDUM OF LAW IN SUPPORT OF MOTION AND MOTION TO APPROVE SALE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. § 363(F)**

## FACTS

The facts supporting this Motion and referenced in this Memorandum are set forth in the Trustee's Motion.

## ARGUMENT

### 1. *Sale Free and Clear of Liens*

11 U.S.C.S. § 363 authorizes a bankruptcy trustee to sell property of a debtor's bankruptcy estate free and clear of interests, both within the ordinary course of business, 11 U.S.C.S. § 363(c), and outside it, 11 U.S.C.S. § 363(b). "Under § 363(b) and the implementing bankruptcy rule, the trustee may sell property of a bankrupt estate through either a private sale or a public auction." *Ramsay v. Vogel*, 970 F.2d 471, 473 (8th Cir. 1992). Bankruptcy courts have wide discretion regarding the sale of assets of the bankruptcy estate, "[t]hey have ample latitude to strike a satisfactory balance between the relevant factors of fairness, finality, integrity, and maximization of assets." *Wintz v. Am. Freightways, Inc. (In re Wintz)*, 219 F.3d 807, 812 (8th Cir. 2000) "A sale of estate property outside of the ordinary course of business is in the best of the estate and may be approved if it is for a fair and reasonable price and in good faith." *In re Meill*, 441 B.R. 610, 615 (8th Cir. BAP 2010).

11 U.S.C. § 363(f)(3) states that property may be sold "free and clear of any interests in such

1

property of an entity other than the estate" if the price at which the property is sold is greater than the aggregate value of the all the liens.   The Trustee believes that VIDAS, ARRETT & STEINKRAUS, P.A. is the only creditor who has an valid and perfected security interest in the intellectual property in question. The sale pays this creditor in full, meeting this requirement.   Further, even with expenses, there will be enough proceeds to allow for minimal payments to unsecured creditors.   The sale is also to an outsider. And because the sale was held publicly and pursuant to the previously approved bidding procedures, the Trustee believes the sale for the intellectual property and remnant assets is for a fair and reasonable price and in good faith.

## **CONCLUSION**

For all of the reasons set forth above and in the motion, the Trustee respectfully requests that the Court grant this Motion and approve the sale of the intellectual property and remnant assets, and award replacement liens for VIDAS, ARRETT & STEINKRAUS, P.A. in the sale proceeds.

Dated: April 14, 2026.  STERMER & SELLNER, CHTD.

By: */s/ Krystal M. Lynne*
Krystal M. Lynne
Attorney ID #0392816
102 Parkway Drive, P.O. Box 514
Montevideo, MN 56265
Telephone:   (320) 269-6491
Fax: (320) 269-5433
E-mail: klynne@stermerlaw.com
***Attorney for the Trustee***

2

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | BKY Case No.: 25-60070 |
| | Chapter 7 |
| LIGHT VISUALLY TRANSCEIVING SYSTEM CORPORATION, | |
| Debtor. | |

**ORDER APPROVING SALE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. § 363(F)**

This matter came before the Court for a hearing on May 5, 2026, on the **TRUSTEE'S NOTICE OF MOTION AND MOTION TO APPROVE SALE FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. § 363(F)** (the "Sale Motion"), filed by J. Richard Stermer (the "Trustee") on April 15, 2026, in his capacity as the Chapter 7 Trustee for Light Visually Transceiving System Corporation, a Minnesota corporation d/b/a LVX System (the "Debtor"), pursuant to §§ 105 and 363 of the Bankruptcy Code and Rules 2002, 6004, and 9006 of the Federal Rules of Bankruptcy Procedure, after due notice and opportunity for hearing.  It appears to the Court that all creditors and parties in interest were given notice of the Motion and Hearing and were given until April 28, 2026, to file any objections thereto.

Upon consideration of the Sale Motion and the evidence submitted in support thereof, and it appearing that this Court has jurisdiction to consider the Sale Motion; that the relief requested therein is in the best interests of the Debtor's estate and all parties in interest, including a sale (the "Sale") of certain assets pursuant to Section 363 of the Bankruptcy Code; that adequate notice of the Sale Motion has been provided, therefore:

**IT IS HEREBY ORDERED THAT**:

1. The Sale Motion is GRANTED, pursuant to the terms set forth therein and the Trustee may proceed with the sale of the intellectual property and remnant assets of the Debtor to Decentranet SPV 16, LLC, for $252,600.00.

1

2. VIDAS, ARRETT & STEINKRAUS, P.A. has a secured interest in the intellectual property in the amount of $93,490.00.  VIDAS, ARRETT & STEINKRAUS, P.A.'s lien shall attach to the proceeds of this sale with the same dignity and priority as to the intellectual property.

3. Payment of the gross sales proceeds shall be made upon closing of the transactions as follows:

   a. VIDAS, ARRETT & STEINKRAUS, P.A. – $93,490.00.

   b. Lauqe, LLC – $20,000.00;

   c. Ravinia Capital LLC – $94,714.00;

   d. Chapter 7 Trustee – approximately $44,396.00 (remaining proceeds).

4. The above sale of real property shall be free and clear of all liens, including but not limited to the liens of, VIDAS, ARRETT & STEINKRAUS, P.A.

5. In the event that the above sale to Decentranet SPV 16, LLC, cannot be completed, the Trustee is authorized to sell the intellectual property to Tanvas Magic Inc. for $200,000.00.  The distributions shall be same as authorized in paragraph 3, expect that the payment to Ravinia Captial LLC shall be reduced to $75,000.00 (pursuant to their 30% contingency fee) and the remaining proceeds to be paid to the Trustee will be estimated to be $44,396.00.

6. Any stay of this Order pursuant to Federal Rule of Bankruptcy Procedure 6004(h) shall be waived.

Dated: _____          _____

William J. Fisher
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

LIGHT VISUALLY TRANSCEIVING SYSTEM
CORPORATION

CASE NO: 25-60070

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 50

---

On 4/15/2026, I did cause a copy of the following documents, described below,

Trustee's Notice of Motion and Motion to Approve Sale Free and Clear of Liens,Memorandum of Law in Support of Motion, and Proposed Order ECF Docket Reference No. 50

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/15/2026

/s/ Krystal M. Lynne
Krystal M. Lynne  0392816
Attorney at Law
STERMER & SELLNER, CHTD.
102 Parkway Drive
Montevideo, MN 56265
320-269-6491
klynne@stermerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

LIGHT VISUALLY TRANSCEIVING SYSTEM
CORPORATION

CASE NO: 25-60070

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 50

On 4/15/2026, a copy of the following documents, described below,

Trustee's Notice of Motion and Motion to Approve Sale Free and Clear of Liens,Memorandum of Law in Support of
Motion, and Proposed Order ECF Docket Reference No. 50

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient
postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth
herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above
referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of
Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/15/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Krystal M. Lynne
STERMER & SELLNER, CHTD.
102 Parkway Drive
Montevideo, MN  56265

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

VIDAS, ARRETT & STEINKRAUS, P.A.
ATTN: OFFICER
8050 WASHINGTON AVE S STE 100
EDEN PRAIRIE, MN 55344-3725

AARON & NICOLE MORGAN
285 N COURTENAY DR
MERRITT ISLAND FL 32953-3407

AL NAGY
11513 LITTLE HILL POINT
MINOCQUA WI 54548-8866

ALBERT & CLAIRE DELAURO
24 CHAMPION WAY
SAN ANTONIO TX 78258-4810

AMPAL LIGHT COMMUNICATIONS
ATTN: OFFICER
239 RD. 22 EAST, STE 307
DUNELLEN NJ 08812

ARETE ENTERPRISING, LLC
ATTN: OFFICER
14272 CROOKED LAKE ROAD
DEERWOOD MN 56444-8300

ALBERT AND CLAIRE DELAURO
24 CHAMPIONS WAY
SAN ANTONIO, TX 78258-4810

BECKY WILHLM 1744 UTE TRAIL
PO BOX 778
COMO CO 80432-1014

BENJAMIN JENSEN
1909 7TH STREET N
SARTELL MN 56377-2255

BRANDON S WILLIAMS
12075 LINCOLNSHIRE DR
AUSTIN TX 78758-2218

BRENT C FISHER
65 IRONWOOD DR
HENDERSONVILLE NC 28739-6331

GERALD & DELPHINE SEXTON
40668 CTY RD 1
RICE MN 56367-9594

AIR FORCE ACADAMY FOUNDATION
ATTN: MARK HILLE
3116 ACADAMY DR.
U S A F ACADEMY CO 80840-4499

ALABAMA DEPARTMENT OF REVENUE
1910 E SAMFORD AVE
AUBURN AL 36830-6386

ALBERT NAGY
11513 LITTLE HILL POINT
MINOCQUA WI 54548-8866

ANDREW BERT
3600 WINDMILL CURVE
WOODBURY MN 55129-6720

ARETE ENTERPRISING, LLC
ATTN: OFFICER
9115 CAYLEY CT
SAINT CLOUD MN 56301-3426

ASHLEE JOHNSON AND ALEXANDER JOHNSON
1299 BROAD OAKS DR
BRENTWOOD, TN 37027-2036

BELEN LIMITED PARTNERSHIP
ATTN: OFFICER
87113 BRINK DR
HORACE ND 58047

BEYEL BROTHERS - ATTN: OFFICER
PO BOX 236246
COCOA FL 32923-6246

BRAYDEN WAGNER
12058 71ST STREET SE
ENGLEVALE ND 58033-9528

BRYCE & CHERYL LARSON
9720 XYLON CT
MINNEAPOLIS MN 55438-1648

500 FAST CASH
ATTN: OFFICER
515 G SE
MIAMI IL 60000

AL BERNING
1439 BELL OAK LANE SW
ROCHESTER MN 55902-1312

ALAN FEINBERG
414 DARK FOREST DR
CHAPEL HILL NC 27516-3708

ALEXANDER AND ASHLEE JOHNSON
33VIA ARMILLA
SAN CLEMENTE CA 92673-7204

ANDREW FAITH
535 31ST AVE N
ST CLOUD MN 56303-3146

ASTRONAUT MEMORIAL FOUNDATION
ATTN: OFFICER
SR 405, BLDG M6-306
KENNEDY SPACE CENTER FL 32899-0001

BARBARA CEDERBERG
1842 COLVIN AVE
ST PAUL MN 55116-2712

BELT BUILDING PARTNERSHIP
ATTN: OFFICER
PO BOX 701
WAHPETON ND 58074-0701

BRANDON LUTHENS
18503 NICKEL AVE
HUTCHINSON MN 55350-7127

BREEANNE BAUMGARTEN
919 WATERS AVE S
SAUK RAPIDS MN 56379-1039

BECKY L WILHELM
PO BOX 778
COMO, CO 80432-1014

BELT BUILDING PARTNERSHIP – ATTN: OFFICER
1607 N 6TH ST
P.O. BOX 970
WAHPETON ND 58074-0970

CAINE & WEINER COMPANY
ATTN: OFFICER
12005 FORD ROAD 300
DALLAS TX 75234-7262

CHAD & SHEILA SWANSON
25 RIVERVIEW DR
MORRIS MN 56267-9475

CHRISTOPHER VONDERHEIDE
590 BANANA RIVER DR
MERRITT ISLAND FL 32952-3042

CONNIE BONACCI
32694 PAMELA LN
ST JOSEPH MN 56374-9758

CRAIG ANDERSON
2601 E SLATEN PARK CIRCLE
SIOUX FALLS SD 57103-4640

CHAD A AND SHEILA SWANSON LIVING TRUST
ATTN: TRUSTEE
1051 W LATOKA DR SW
ALEXANDRIA, MN 56308-9463

DAN WARNEKE
1105 12TH ST. S.
SAINT CLOUD MN 56301-5450

DANIEL G COOK
3100 SEA MARSH RD
AMELIA ISLAND FL 32034-5051

DANIEL WARNEKE
1105 12TH ST S
SAINT CLOUD MN 56301-5450

DAVID JOHNSON
PO BOX 187
SPICER MN 56288-0187

DAVID SEXTON
40294 CR 1
RICE MN 56367-9556

BRENT C FISHER
19501 BRUE ST
PFLUGERVILLE, TX 78660-3470

CALLTOWER, INC
ATTN: OFFICER
10701 S RIVER FRONT PKWY
SOUTH JORDAN UT 84095-3554

CHAD WAGNER
12057 71ST ST SE
ENGLEVALE ND 58033-9528

CLOUDNET INC. – ATTN: OFFICER
26- 6TH AVE. N., STE 110
SAINT CLOUD MN 56303-4747

COREY LINN
14272 CROOKED LAKE RD
DEERWOOD MN 56444-8300

CREATIVE PLANING BUSINESS SERVICES FKA
BERGANKDV, LTD
ATTN: OFFICER
PO BOX 950459
SAINT LOUIS MO 63195-0459

CURTIS H EMERY II/CAROLE A EMERY
3765 PALAZZO GROVE
COLORADO SPRINGS, CO 80920-2822

DANIEL B MUELLER
10426 KADLER AVE NE
MONTICELLO MN 55362-8165

DANIEL RAYMOND
4322 HICKORY HILL BLVD
TITUSVILLE FL 32780-5949

DANIEL WEGERIF
4075 OLD SETTLEMENT ROAD
MERRITT ISLAND FL 32952-6211

DAVID LEAPALDT
1228 MILL CREEK CIRCLE
SAINT CLOUD MN 56303-9535

DAVID SHORMA
6080 SILVERLEAF DR S
FARGO ND 58104-7130

BRYCE J LARSON AND CHERYL A KINTOP
9720 XYLON CT
MINNEAPOLIS, MN 55438-1648

CARBARA CEDERBERG
1729 LOGAN AVE S
MINNEAPOLIS MN 55403-2842

CHARLES MARTIN
5530 EDGEWATER BLVD
MINNEAPOLIS MN 55417-2605

COMCAST BUSINESS – ATTN: OFFICER
PO BOX 21638
EAGAN MN 55121-0638

COREY LINN
9115 CAYLEY CT
SAINT CLOUD MN 56301-3426

CURTIS H. EMERY, II AND CAROLE A. EMERY
3765 PALAZZO GROVE
COLORADO SPRINGS CO 80920-2822

DAMON A GIRARD
1211 COLUMBIA WAY
COCOA FL 32922-6422

DANIEL D RAYMOND
4322 HICKORY HILL BLVD
TITUSVILLE FL 32780-5949

DANIEL TAYLOR
FUTURE GENERATIONS UNIVERSITY
390 ROAD LESS TRAVELED
FRANKLIN WV 26807-8055

DAVID E. STERLING LIVING TRUSTE
ATTN: TRUSTEE
1521 CRESTWOOD LANE
MC LEAN VA 22101-2509

DAVID LEE DUNN
3642 SHELLIE COURT
COCOA FL 32926-4479

DAVID STECKLING
700 RIVERSIDE DR NE
SAINT CLOUD MN 56304-0136

DAVID STERLING
1521 CRESTWOOD LN
MC LEAN VA 22101-2509

DONALD SHORMA
8113 BRINK R
HORACE ND 58047

DAVID J SHORMA
P.O. BOX 9732
FARGO ND 58106-9732

EES HOLDINGS, LLC
ATTN: OFFICER
56 33RD AVE S 267
ST. CLOUD, MN 56301-3722

EXCELLENT ENERGY SOLUTIONS
ATTN: OFFICER
56 - 33RD AVE SOUTH #267
SAINT CLOUD MN 56301-3722

FELICITY-JOHN AND IRENE C. PEDERSON
621 ROOSEVELT RD.
ST CLOUD MN 56301-4875

FLORIDA DEPARTMENT OF REVENUE
OUT OF STATE COLLECTIONS
UNIT 1415 W US HIGHWAY 90 STE 115
LAKE CITY FL 32055-6156

FRED AND MARY JAHNKE
100 3RD AVE S, #2701
MINNEAPOLIS MN 55401-2723

GREG & PAMELA THOMPSON
10603 HIDDEN DR SE
OSAKIS MN 56360-8056

GRQ, LLC – ATTN: OFFICER
1419 MENDENHALL AVE
BRECKENRIDGE MN 56520-1821

HANS MERSINGER
29 ALLENDALE DR
SAINT CLOUD MN 56301-5138

IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JACOB COPSEY
523 WILSON AVE NE
SAINT CLOUD MN 56304-0143

DAVIT P BROWN
5124 TIMBERBRANCH ST
SAN ANTONIO TX 78250-4311

DOUGLAS & KAREN OLSON
537 PARK LANE
LONG LAKE MN 55356-9763

EDWARD MAIER
325 6TH STREET SOUTH
SAUK RAPIDS MN 56379-1327

ERIC T BERT
5829 WOODLANE BAY
WOODBURY MN 55129-9599

EXTREME ELECTRONIC DESIGNS, INC.
ATTN: OFFICER
1432 SOUTH LAKESIDE DR. STE 9
LAKE WORTH BEACH FL 33460-5732

FELIX SAVOIE
80 AUDUBON BLVD
70118-5540

FLORIDA HIGH SPEED INTERNET
ATTN: OFFICER
1311 BEDFORD DR.
MELBOURNE FL 32940-1975

FREDRIKSON & BYRON PA – ATTN: OFFICER
60 SOUTH SIXTH ST STE 1500
MINNEAPOLIS MN 55402-1425

GREGORY PEDERSON
6120 WESTWOOD PARKWAY #107
SAINT CLOUD MN 56303-5102

H. MICHAEL LAMBERT
1611 MANANA ST
AUSTIN TX 78730-4235

HANS MERSINGER CONSULTING
ATTN: OFFICER
29 ALLENDALE DR.
SAINT CLOUD MN 56301-5138

JACK AND MARY BERT
5829 WOODLAND BAY
WOODBURY MN 55129-9599

JACOB SYKES
1376 27TH AVE N
SAINT CLOUD MN 56304-9501

DENNIS & NANCY MOEN
8534 GWYNEDD WAY
SPRINGFIELD VA 22153-3420

DOUGLAS TOUSSAINT
1410 15TH STREET N
WAHPETON ND 58075-3519

EDWIN WELLE, LP – ATTN: OFFICER
2862 28TH AVE S
FARGO ND 58103-5074

ERICA DESJARDINS
621 ROOSEVELT RD
ST. CLOUD MN 56301-4875

EDWIN F. WELLE, LLLP
ATTN: OFFICER
P.O. BOS 9361
FARGO, ND 58106-9361

FLINT GROUP
19401 ROGERS DR.
ROGERS MN 55374-2900

FRANK SNELL
ATTN: OFFICER
8836 ASHCRAFT DR
NORTH RICHLAND HILLS TX 76182-3252

FRIENDS OF AVIATION – ATTN: OFFICER
1105 12TH ST S
SAINT CLOUD MN 56301-5450

GREGORY PEDERSON
6120 WESTWOOD PARKWAY, APT 107
SAINT CLOUD MN 56303-5102

HANNAH RANTA
C/O WARNEKE
1105 12TH ST S
SAINT CLOUD MN 56301-5450

HORNUNG HOLDINGS, LLC
ATTN: OFFICER
1816 8TH ST N, PO BOX 263
SARTELL MN 56377-1697

JACKILORD SCANLON
621 ROOSEVELT RD
SAINT CLOUD MN 56301-4875

JAMES & AMY JECH
624 PAPERMILL HILL DR
BATAVIA IL 60510-8674

JAMES & KAREN SLADEK
525 OLD CITY GLORY DR NE
ALEXANDRIA MN 56308-4839

JASON SCHULER
305 6TH ST N
WAHPETON ND 58075-4239

JEFFREY B. MILLER
5139 37TH AVE S
MINNEAPOLIS MN 55417-1526

JENNIFR WARNEKE
837 19TH AVE N
SAINT CLOUD MN 56303-2623

JEROME AND LEVONNE SCHULKE
997 ASH STREET
DAWSON MN 56232-2249

JOHN A DOWDLE JR.
162 STONEBRIDGE RD.
LILLYDALE MN 55118-4482

JOHN A. DOWDLE
162 STONEBRIDGE RD
ST. PAUL, MN 55118-4482

JOHN C AND IRENE C PEDERSON
26 6TH AVE N.
SAINT CLOUD MN 56303-4558

JOHN GOODRICH
14924 EXCELSIOR BLVD
MINNETONKA MN 55345-5708

JOHN L MAIERS
1510 9TH STREET NORTH
SARTELL MN 56377-2412

JON MCBRIDE
5419 RIVEREDGE DR
TITUSVILLE FL 32780-7301

JAMES A. JECH
1523 BARKEI DRIVE
BATAVIA, IL 60510-8316

JOY FISHER
65 IRONWOOD DR
HENDERSONVILLE NC 28739-6331

JOSEPH S BERT
5829 WOODLANE BAY
WOODBURY MN 55129-9599

JAMES JECH
1523 BARKEI DR
BATAVIA IL 60510-8316

JEFFREY & CLAUDIA O'BRIEN
325 LANSING ISLAND DR
SATELLITE BEACH FL 32937-5106

JEFFREY W. DAVIS
2112 LUNE CT
MELBOURNE FL 32904-7366

JEREMY NEUMAN
895 EAGLE RIDG LN
STILLWATER MN 55082-9171

JERRY & CAROL MEYERS
PO BOX 26
ERIE ND 58029-0026

JOHN A DOWDLE JR. 2012 IRREVOCABLE TRUST
ATTN: TRUSTEE
1025 WILDWOOD LANE
NAPLES FL 34105-3235

JOHN AND MARY WEITZEL
1960 LUCILLE LN
SAINT CLOUD MN 56303-0434

JOHN D LOVEGREN
9968 91ST ST NW
ANNANDALE MN 55302-2931

JOHN GRIFFIN
7235 HOWARD LANE
EDEN PRAIRIE MN 55346-3048

JOHN LAFOND
1960 OAK GROVE ROAD SW
SAINT CLOUD MN 56301-4931

JON MCBRIDE
C/O JON MCBRIDE, JR. 5306 ROYAL PADDOCK WAY
MERITT ISLAND FL 32953-7545

JOHN P WEITZEL
1960 LUCILLE LANE
SAINT CLOUD, MN 56303-0434

JUDY WARNEKE
1105 12TH ST S
SAINT CLOUD MN 56301-5450

JOSH SCHMIDT
601 CENTRAL AVE W, STE 103
SAINT MARTIN MN 56376

JASON BERNICK
40494 CTY RD 1
RICE MN 56367-7505

JEFFREY B. MILLER
1702 GRIZZLY LN
SARTELL MN 56377-7502

JENNIFER WARNEKE
206 4TH ST. NE
SAINT STEPHEN MN 56375-9654

JEROME AND LEVONNE SCHUELKE
684 3RD STREET
DAWSON MN 56232-2125

JODY FRIEBE
3166 CRESCENT RIDGE TRAIL
ST CLOUD MN 56301-5683

JOHN A DOWDLE JR. 2012 IRREVOCABLE TRUST
ATTN: TRUSTEE
332 SOUTH MISSISSIPPI RIVER
SAINT PAUL MN 55105-1210

JOHN BONACCI
32694 PAMELA LN
ST JOSEPH MN 56374-9758

JOHN DOWDLE
332 SOUTH MISSISSIPPI RIVER
SAINT PAUL MN 55105-1210

JOHN JIRSCHELE
36 OVERBROOK RD
BARRINGTON IL 60010-9569

JOHN ROISE, NUVIEW IRA – ATTN: OFFICER
1605 NORTH RIDGE LANE
MANKATO MN 56003-1636

JOSEPH & KELLY GIORDANO
2779 CAPWOOD LN
CLEARWATER FL 33761-3205

JOHN W JIRSCHELE
36 OVERBROOK RD.
SOUTH BARRINGTON, IL 60010-9569

JUSTIN BARTLETT
3227 105TH AVE SE
CLEAR LAKE MN 55319-9533

JOSH SCHMIDT
601 CENTRAL AVE W, STE 103
ST. MICHAEL MN 55376-9711

KARTES FAMILY REVOCABLE LIVING TRUST
ATTN: TRUSTEE
3971 GENEVA GOLF CLUB DR NE
ALEXANDRIA MN 56308-8928

KENTUCKY DEPARTMENT OF REVENUE
501 HIGH STREET
FRANKFORT KY 40601-2103

LAURIE J. LUNDEED
331780 DENWOOD DR
UNDERWOOD MN 56586

LINDA M LINN LIVING TRUST
ATTN: TRUSTEE
14272 ROOKED LAKE RD
DEERWOOD MN 56444-8300

QWEST CORPORATION DBA CENTURYLINK QC
ATTN C/O LUMEN TECHNOLOGIES – ATTN: OFFICER
931 14TH STREET, 9TH FLOOR
BROOMFIELD, CO 80202

MARCELLA BERNICK
18255 HWY 95
FOLEY MN 56329-9792

MARK HOLM
185 EVERGREEN ROAD
SAINT PAUL MN 55127-2099

MARLON LEISCHNER
4512 MCALLISTER AVE NE
SAINT MICHAEL MN 55376-2400

MICHAEL & LESLIE TRCKA
2235 THRUSHWOOD CIR
VICTORIA MN 55386-9594

MICHAEL J. CARTER
137 S COURTENAY PKWY #2300
MERRITT ISLAND FL 32952-4843

MIKE LAMBERT
1611 MANANA ST
AUSTIN TX 78730-4235

MINNESOTA DEPT OF REV
MAIL STATION 5140
600 N ROBERT ST
SAINT PAUL MN 55146-5140

KEITH HARRISON
111 S PINEAPPLE AVE UNIT 504
SARASOTA FL 34236-5767

KERRY WARD
750 PORT STREET #1726
ALEXANDRIA VA 22314-6473

LAURIE J. LUNDEEN
1815 W PLACITA CONOA AZUL
GREEN VALLEY AZ 85622-8075

LOUISIANA DEPARTMENT OF REVENUE
PO BOX 201
BATON ROUGE LA 70821-0201

LAUREN S. WILLIAMS
380 BEAUFORD RD.
ROCKINGHAM, VA 22801-3101

MARED INVESTMENTS LTD – ATTN: OFFICER
29719 HIGH ESCHELON
FAIR OAKS RANCH TX 78015-4596

MARK J STIEGEL
2719 DIVISION STREET
ST CLOUD MN 56301-3822

MARSHALL AND CARRIE ANDERSON
18 EDENDALE STREET
LADERA RANCH CA 92694-0254

MICHAEL AND MICHELLE JOHANSEN
28849 235TH ST
UNDERWOOD MN 56586-9427

MICHAEL JIRSCHELE
1105 NORTHSTAR CIR
HILLSBORO WI 54634-6236

MILLENNIUM TRUST LLC, CUST.–ATTN: OFFICER
944 FAIRFIELD WAY
MINNETONKA MN 55305-1494

MITCHELL FREEMAN
1145 COUNTY RD 4
ST CLOUD MN 56303-0230

KEITH HARRISON
620 YARDARM LN
LONGBOAT KEY FL 34228-3530

LAUREN S. WILLIAMS
3231 CHARLESTON BLVD
HARRISONBURG VA 22801-3590

LEE ROSIN
4730 COFFEE LN
MINNEAPOLIS MN 55406-3642

LOWNDES, DROSDICK, DOSTER
ATTN: OFFICER
PO BOX 2809
ORLANDO FL 32802-2809

LUMEN TECHNOLOGIES INC – ATTN: OFFICER
931 14TH STREET 9TH FLOOR
DENVER CO 80202-2994

MARK ANDREWS
407 RIO CASA DR
INDIALANTIC FL 32903-3701

MARK JIRSCHELE
1100 NORTHSTAR CIR
HILLSBORO WI 54634-6236

MARY ROSELAND
603 7TH STREET N
SARTELL MN 56377-1517

MICHAEL J MUGGLI
1309 4-1/2 AVE N.
SAUK RAPIDS MN 56379-2237

MICHAEL MILLAR
13908 52ND AVE N
MINNEAPOLIS MN 55446-1631

MINNESOTA DEOPT OF REV
COLLECTION DIVISION
P.O. BOX 64564
SAINT PAUL MN 55164-0564

MORRISON SUND PLLC
ATTN ERIC G. NASSTROM
5125 COUNTY RD 101 STE 200
MINNETONKA MN 55345-4129

MOSS & BARNETT – ATTN: OFFICER
3800 EIGHTTH STREET NORTH, STE 102
SAINT CLOUD MN 56303

MARSHALL J AND CARRIE ANDERSON
18 EDENDALE ST.
LADERA RANCH, CA 92694-0254

NADIA V. GRUBER
2221 14TH STREET S
ST. CLOUD MN 56301-4852

NANCY LYNN FISCHER
12011 EAGLE VIEW TRAIL
NISSWA, MN 56468-2198

NICHOLAS COPSEY
523 WILSON AVE NE
SAINT CLOUD MN 56304-0143

NUVIEW IRA, INC.
FBO RANDALL W. JOHNSON – ATTN: OFFICER
1064 GREENWOOD BLVD
LAKE MARY FL 32746-5420

OPS AMERICA – ATTN: OFFICER
689 MEDINA ST., STE 160
LORETTO MN 55357-4609

PAUL & JODY REUMAN
30403 S.D. HWY 248
PRESHO SD 57568-5418

PETER AND EDITJH LEE
1299 JOSEPHINE RD
SAINT PAUL MN 55113-1804

PHILIP AND MARIA COFFIN
1321 UPLAND DRIVE PMB 2679
HOUSTON TX 77043-4718

PAUL CRAIG REUMAN AND JODY COLLEEN REUMAN
30403 SD HIGHWAY 248
PRESHO SD 57568-5418

RANDALL & DEBRA JOHNSON
10465 HERITAGE BAY BLVD
NAPLES, FL 34120-4537

RAYMOND PEDERSON
621 ROOSEVELT RD
SAINT CLOUD MN 56301-4875

MARK HOLM
185 EVERGREEN ROAD
NORTH OAKS, MN 55127-2099

MICHAEL FRANCIS TRCKA AND LESLIE ALISON TRCK
2235 THRUSHWOOD CIRCLE
VICTORIA, MN 55386-9594

NAIDA V. PEDERSON
2221 14TH AVE S
SAINT CLOUD MN 56301-4852

NEIL M PALMERSHEIM
919 WATERS AVE S
SAUK RAPIDS MN 56379-1039

NUVIEW IRA INC FBO
DONALD SCHUELKE – ATTN: OFFICER
118 QUEEN ANN CT
FORT PIERCE FL 34949-8361

NUVIEW TRUST CO. CUSTODIAN
FBO JOHN WEITZEL – ATTN: OFFICER
1960 LUCILLE LN
SAINT CLOUD MN 56303-0434

PATRICIA STAPLES
15260 QUAMBA ST NE
HAM LAKE MN 55304-7588

PAUL BROWN
3031 12TH ST SE
SAINT CLOUD MN 56304-9415

PETER J. NELSON REVOCABLE TRUSTE
23806 N LAKESHORE DR
GLENWOOD MN 56334-9372

PHILIP AND MARIA COFFIN
3752 BOGEY DR
BISMARCK ND 58503-9180

PHAROS INVESTMENTS LLC – ATTN: OFFICER
P.O. BOX 9732
FARGO ND 58106-9732

RANDALL & PEGGY LUSSENDEN LIVING TRUST
ATTN: TRUSTEE
800 E LAKE GENEVA RD
ALEXANDRIA MN 56308-8187

RICHARD & ROSANNE SHORMA
1607 NORTH 6TH STREET
WAHPETON ND 58075-3303

MARK J. STIEGEL
2719 WEST DIVISION STREET, STE 106
CLOUD, MN 56301-3405

MICHAEL J CARTER
PO BOX 260053
PEMBROKE, FL 33026-7053

NANCY L. FISHER
1212 RIVERSIDE DR. SE
ST CLOUD MN 56304-1655

NEW DIRECTION IRA, INC. FBO CHARLES EHLEN IRA
ATTN: OFFICER
1070 W CENTURY DR, STE 101
LOUISVILLE CO 80027-1657

NUVIEW IRA INC. FBO
PETER NELSON – ATTN: OFFICER
23806 N LAKESHORE DR
GLENWOOD MN 56334-9372

NAIDA VICTORIA C. GRUBER
2221 14TH ST S.
SAINT CLOUD, MN 56301-4852

PATRICK SEXTON
800 COURTNEY COURT SW
ROCHESTER MN 55902-6630

PETER & KARI NELSON
23806 N LAKESHORE DR
GLENWOOD MN 56334-9372

PHAROS INVESTMENT, LC – ATTN: OFFICER
PO BOX 126
WAHPETON ND 58074-0126

PATRICIA J STAPLES
15260 QUAMBA ST NE
HAM LAKE MN 55304-7588

RANDALL & DEBRA JOHNSON
10316 HERITAGE BAY BLVD #272
NAPLES FL 34120-5162

RANDY MORTINSON
616 SIMS AVE
ST PAUL MN 55130-4020

RICHARD AND JULIE GEISELHART
850 EAST LAKE GENEVA RD. NE
ALEXANDRIA MN 56308-8187

RICHARD H MOEN TRUST – ATTN: TRUSTEE
2880 THE NARROWS DR SW
ALEXANDRIA MN 56308-4639

RINKE NOONAN ATTORNEYS AT LAW
ATTN: OFFICER
1015 W. ST. GERMAIN ST., SUITE 300
SAINT CLOUD MN 56301-5442

ROBERT & DEBORAH WELLE-POWELL
20342 COUNTY ROAD 131
DETROIT LAKES MN 56501-7606

ROBERT SEDAROS AND JENNIFER SEDAROS
874 OAK PARK DR.
MELBOURNE FL 32940-1857

RONALD & MYRA ANDERSON
10891 33RD STREET NW
KEENE ND 58847-9443

RONALD WADELL
3921 MANGROVE PLACE
GRANT FL 32949-5337

RICHARD E SHORMA JT
1607 N 6TH ST P.O. BOX 970
WAHPETON ND 58074-0970

RICHARD SHORMA FAMILY LIMITED PARTNERSHIP
ATTN: OFFICER
1607 N 6TH ST P.O. BOX 970
WAHPETON ND 58074-0970

RONALD AND CHELIE GREENMYER
8090 123RD AVE SE
STIRUM, ND, ND 58069-9524

SCOTT OTIS
18535 SCHROERS FARM ROAD
EDEN PRAIRIE MN 55347-1049

SHAWN WARNEKE
837 19TH AVE N
SAINT CLOUD MN 56303-2623

SORM, INC – ATTN: OFFICER
4340 46TH AVE S
FARGO ND 58104-3924

SPORTSDIGITA, LLC – ATTN: OFFICER
7650 EDINBOROUGH WAY, STE 725
EDINA MN 55435-5990

STEVE & JENNIFER JAMESON
3516 16TH AVE S
SAINT CLOUD MN 56301-4578

RICHARD SHORMA FAMILY LP – ATTN: OFFICER
PO BOX 970
WAHPETON ND 58074-0970

ROBERT & BERTHA MIZKE
15285 WEST MAPLE AVE
GOLDEN CO 80401-5041

ROBERT A. SHORMA
635 S. 45TH STREET
BOULDER CO 80305-6051

ROGER & ARLENE REIERSON
1103 26TH AVE S
FARGO ND 58103-5728

RONALD GREENMYER
8086 123 AVE SE
STIRUM ND 58069-9524

ROSANNE SHORMA
826 E LAKE GENEVA RD NE
ALEXANDRIA MN 56308-8187

RICHARD SHORMA
PO BOX 970
WAHPEPON ND 58074-0970

RICHARD AND KATHY MOENS
2880 THE NARROWS DR SW
ALEXANDRIA, MN 56308-4639

ROSEANNE SHORMA
826 EAST GENEVA RD NE
ALEXANDRIA MN 56308

SFM – ATTN: OFFICER
PO BOX 583178
MINNEAPOLIS MN 55458-3178

SKYLIGHT GARDENS – ATTN: OFFICER
501 1ST STREET NORTH
SAINT CLOUD MN 56303-4705

SORM, INC – ATTN: OFFICER
7975 180TH AVE SE
WAHPETON ND 58075

STAINBROOK COMMUNICATIONS
ATTN: OFICER
1941 W DIVISION STREET
SAINT CLOUD MN 56301-3970

STEVE SARKA
PO BOX 320628-0628
COCOA BEACH FL 32932

RICHARD SHRMA
826 E LAKE GENEVA RD NE
ALEXANDRIA MN 56308-8187

ROBERT & CATHY SHORMA
635 S 45TH ST
BOULDER CO 80305-6051

ROBERT J. DILLOW OR JOHNA DILLOW
2950 SERANO POINT DRIVE
TITUSVILLE FL 32796-4708

ROGER ROBINSON
3243 CTYROAD 74
SAINT CLOUD MN 56301-8905

RONALD ROSE
401 1ST AVE SE
COLD SPRINGS MN 56320-2553

RAMOND CUNANAN SAINT JOHN
621 ROOSEVELT RD.
ST. CLOUD, MN 56301-4875

RICHARD SHORMA FAMILY LIMITED PARTNERSHIP – ATTN
OFFICER
1607 N 6TH ST P.O. BOX 970
WAHPETON ND 58074-0970

ROBERT AND JOHNNA DILLOW
2950 SERENO POINTE DR
TITUSVILLE, FL 32796-4708

ROSEANNE SHORMA JT
826 EAST GENEVA RD NE
ALEXANDRIA MN 56308

SHAWN WARNEKE
206 4TH STREET NE
SAINT STEPHEN MN 56375-9654

SORM INC – ATTN: OFFICER
P.O. BOX 9732
FARGO ND 58106-9732

SORM, INC – ATTN: OFFICER
PO BOX 126
WAHPETON ND 58074-0126

STEPHEN SARKA
PO BOX 320628
COCOA BEACH FL 32932-0628

STEVEN W. AND SANDRA J. HOAGLAND
AS JTWROS
8708 CHALLIS FARM ROAD
CHARLOTTE NC 28226-2600

SUSAN NEUENSCHWANDER
111 CUTTER CIRCLE
BLUFFTON SC 29909-4330

STEVEN W. AND SANDRA J. HOAGLAND JTWROS
ATTN: OFFICER
8708 CHALLIS FARM RD.
CHARLOTTE, NC 28226-2600

THE CHARLES P EHLEN REVOCABLE TRUST
ATTN: TRUSTEE
2920 WINNEBAGO RD
SARTELL MN 56377-2374

THOMAS HARTMAN
PO BOX 1061
SAINT CLOUD MN 56302-1061

TIMOTHY FISHER
13400 STONEWALL FARM DR
HAYMARKET VA 20169-2000

TIMOTHY PLAS
15945 COUNTY ROAD 75 NW
CLEARWATER MN 55320-2176

TODD SCHIEFFERT
5044 JUANTITA AVE
EDINA MN 55424-1424

TROY & JANELLE SLADEK
1506 E LAKE GENEVA RD NE
ALEXANDRIA MN 56308-7976

VIDAS, ARRETT & STEINKRAUS, P.A.
ATTN EDWIN E VOIGT II
8050 WASHINGTON AVE S., STE 100
EDEN PRAIRIE MN 55344-3725

WELLS FARGO CARD SERVICES – ATTN: OFFICER
PO BOX 77053
MINNEAPOLIS MN 55480-7753

WHITEBOX MARKETING, LLC – ATTN: OFFICER
1501 W. SAINT GERMAIN STREET
SAINT CLOUD MN 56301-4176

WILLIAM KIVLER
1900 CHATHAMOOR DRIVE
ORLANDO FL 32835-8189

SUSAN NEUENSCHWANDER
19 CUTTER CIR
BLUFFTON SC 29909-4312

T.J. PROPERTIES OF ST CLOUD, LLP
ATTN: OFFICER
P. O. BOX 1061
ST. CLOUD, MN 56302-1061

THOMAS CAMPBELL
15536 76TH COURT NE
ELK RIVER MN 55330-3005

THOMAS LEONARD
7664 CR 19 SE
ROCHESTER MN 55904-6355

TIMOTHY M BERT
1912 CLAREMONT ST
PHOENIX AZ 85016-1602

TIMOTHY VOGT
430 12TH STREET N
SARTELL MN 56377-1407

TRAVIS BYBERG
47811 275TH ST
HARRISBURG SD 57032-5517

TULLY BROWN, IRA – ATTN: OFFICER
400 E. NAKOMA
HUTTO TX 78634-5565

WAGNER FALCONER JUDD LTD
ROBERT A JUDD – ATTN: OFFICER
100 S 5TH ST STE 800
MINNEAPOLIS MN 55402-5357

WENDY SYKES
1376 27TH AVE N
SAINT CLOUD MN 56304-9501

WILLIAM & MARCIE SHORMA
21 SPANISH BAY
NORTH SIOUX CITY SD 57049-5446

WILLIAM MURPHY C/O KATIE MILTNER
1839 PRINCETON AVE.
ST. PAUL MN 55105-1522

STEVEN W. & SANDRA J. HOAGLAND
8708 CHALLIS FARM RD
CHARLOTTE, NC 28226-2600

T149 DBA CENTURYLINK
ATTN: OFFICER
LUMEN TECHNOLOGIES GROUP
931 14TH STREET, 9TH FLOOR (ATTN: LEGAL-
DENVER, CO 80202-2994

THOMAS GORIS
3617 TOWNDALE BLVD
BLOOMINGTON MN 55431-1045

TIMOTHY B MULDOON AND E. BILYNDA WIGGINS
125 LA RIVIERE RD
COCOA BEACH FL 32931-2607

TIMOTHY MURRAY
12520 JUNIPER RD APT A
SAINT JOSEPH MN 56374-8724

TJ PROPERTIES OF ST. CLOUD
ATTN: OFFICER
PO BOX 1061
SAINT CLOUD MN 56302-1061

TRAVIS BYBERG
711 BRANNON DR
HARRISBURG SD 57032-8169

TULLY W BROWN
400 E NAKOMA
HUTTO TX 78634-5565

GREEN VISTA LP – ATTN: OFFICER
1611 MANANA ST
AUSTIN TX 78730-4235

WESLEY SCHULTZ
940 BEAVER CT
MARCO ISLAND FL 34145-3503

WILLIAM C. MURPHY
290 WOODLAWN AVE
SAINT PAUL MN 55105-1237

WILLIAM R BEACH
12295 COUNTRYVIEW DRIVE
GLEN ALLEN VA 23059-5349

XTREME ELECTRONIC DESIGNS, INC.
ATTN: OFFICER
9748 VIA GRANDEZA W
WELLINGTON FL 33411-6501

MINNESOTA ATTONREY GENERAL
445 MINNESOTA STREET, STE 1400
MINNEAPOLIS MN 55110

ALABAMA DEPARTMENT OF REVENUE
LEGAL DIVISION – BANKRUPTCY SECTION
PO BOX 320001
MONTGOMERY, AL 36132-0001

OFFICE OF ATTONREY GENERAL
STATE OF FLORIDA
THE CAPITOL, PL-01
TALLAHASSEE, FL 32399-1050

LOUISIANA DEPARTMENT OF JUSTICE
OFFICE OF ATTONREY GENERAL
PO BOX 94005
BATON ROUGE, LA 70804-9005

EDWIN F. WELLE, LLLP – ATTN: OFFICER
PO BOS 9361
FARGO, ND 58106

US ATTORNEY
UNITED STATES COURTHOUSE
300 S FOURTH STREE, STE 600
MINNEAPOLIS MN 55415

MINNESOTA DEPT. OF REVENUE
MAIL STATION 4413
ST. PAUL MN 55146

OFFICE OF ATTONREY GENERAL OF ALABAMA
501 WASHINGTON AVE
MONTGOMERY, AL 36104-2102

KENTUCKY DEPARTMENT OF REVENUE
DIVISION OF COLLECTIONS
PO BOX 941
FRANKFORT, KY 40602

BRENT C FISHER
19501 BRUE ST
PLFUGERVILLE, TX 78660-3470

CHAD A & SHEILA SWANTON LIVING TRUST
ATTN: TRUSTEE
1051 W LAKOTA DR SW
ALEXANDRIA, MN 56308

US ATTORNEY GENERAL
950 PENNSYLVANIA AVE
WASHINGTON, DC 20530-0001

MINNESOTA DEPT. OF REVENUE
MAIL STATION 7703
ST. PAUL MN 55146

FLORIDA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
PO BOX 6668
TALLAHASSEE, FL 32314-6668

KENTUCKY ATTONREY GENERAL
CAPITAL COMPLEX EAST
1024 CAPITAL CENTER DRIVE, STE 200
FRANKFORT, KY 40601

RONALD & MYRA ANDERSON
10891 33RD STREET NW
KEENE, ND 58847

PATRICIA STAPLES
3960 GENEVA GOLD CLUB DR NE
ALEXANDRIA, MN 56308