UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                    Chapter 7

LIGHT VISUALLY TRANSCEIVING                               BKY Case 25-60070
SYSTEM CORPORATION,

                        Debtor.

---

## REPORT OF SALE

PLEASE TAKE NOTICE that the undersigned Trustee of the estate of Debtor named above has sold at auction on or about April 7, 2026, that was approved by the Court on May 5, 2026, the following property of the estate:

1.      Intellectual Property Rights and remnant assets of debtor to

        Decentranet SPV 16, LLC                          $252,600.00

Said property was sold "as is/where is" and this was the highest offer obtained at the auction held by Ravinia Capital, LLC,  pursuant to the Order Approving Sale  [Docket #51 ], dated May 5, 2026.  A copy of the LVX Disbursements statement showing the sales, commission and expenses incurred is attached hereto as Exhibit #1.

Dated: June 8, 2026                 /s/  *J. Richard Stermer*
                                    J. Richard Stermer, Trustee
                                    P.O. Box 514
                                    Montevideo, MN 56265
                                    Telephone: (320) 269-6491

# LVX Disbursements

Funds Received

| | |
|---|---|
| $20,000.00 | from Deposit Bids from Decentranet SPV 16, LLC |
| $20,000.00 | from Deposit Bid from |
| $232,700.00 | from Payment from Decentranet SPV 16, LLC |

**$272,700.00** Total Income

Payments

| | | |
|---|---|---|
| $93,490.00 | VIDAS, ARRETT & STEINKRAUS, P.A. | Secured Creditor |
| | 8050 Washington Ave, Suite 100, Eden Prairie, MN 55344 | |
| $94,714.00 | Ravinia Capital LLC | Sale Commission |
| | Tom Goldblatt \| Managing Partner | |
| | 501 N Clinton St., Suite 1206, Chicago, IL 60654 | |
| $20,000.00 | LAUQE, LLC | Stalking Horse Payment |
| | C/O Edward Berens | |
| | 93815 Little Sand Bay Rd, Bayfield, WI 54814 | |
| $20,000.00 | Tanvas Magic Inc. | Reimbursement of Bid |
| | Attn: Arthur Schwartz | |
| | 405 Candlewood Commons, Howell, NJ 07731 | |
| $70.00 | Decentranet SPV 16, LLC | Overpayment |
| | Attn: Ted Moskovitz | |
| | 16192 Coastal Highway, Lewes, Delaware 19958 | |
| $30.00 | Stermer & Sellner | Wire Fee |
| | 102 Parkway Drive, Montevideo, MN 56265 | |
| $44,396.00 | J. Richard Stermer | Estate Payment |
| | 102 Parkway Drive, Montevideo, MN 56265 | |

**$272,700.00** Total Disbursement

**EXHIBIT 1**