UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Chapter 7
BKY #25-60070

LIGHT VISUALLY
TRANSCEIVING SYSTEM,

Debtor.

---

**NOTICE OF SALE**

TO: The United States Trustee, all creditors and other parties in interest.

On **August 24, 2026,** or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the debtor named above will sell the estate's interest in the following non-exempt property:

The LVX bankruptcy estate has potential claims against its former CEO, DAVID SEXTON, for alleged insider trading of company shares and breach of fiduciary duty of care, corporate waste and mismanagement. The bankruptcy estate has received an offer from David Sexton to purchase all such claims against DAVID SEXTON for a payment in the amount of $2,000 to the bankruptcy estate. This claim is being sold "as-is" with no representations or warranties. The Trustee does not believe there will be any tax liability to the estate from this sale.

The Trustee believes that this sale is in the best interest of the estate.
The Trustee requests that the stay pursuant to Bankruptcy Rule 6004(g) be waived and shall not apply to this sale.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

Clerk of Court
United States Bankruptcy Court
404 U.S. Courthouse
515 West First Street
Duluth, MN 55802

United States Trustee
1015 U S Courthouse
300 So. 4th St.
Minneapolis, MN 55415

Dated: July 30, 2026

*/e/ J. Richard Stermer*

J. Richard Stermer, Trustee
102 Parkway Dr., P. O. Box 514
Montevideo, MN 56265
Telephone: (320) 269-6491

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:<br><br>Light Visually transceivin System<br>Debtor(s) | Case No. 25-60070<br><br>Chapter 7 |

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 7/30/2026, I did cause a copy of the following document(s), described below:

Notice of Sale David Sexton

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the District of Minnesota Bankruptcy Court's official court matrix on 7/30/2026.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/30/2026

/s/ J. Richard Stermer
J. Richard Stermer
Bar No. 216811
Stermer & Sellner, Chtd.
102 Parkway Drive
PO Box 514
Montevideo MN 56265
320-269-6491
rstermer@stermerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: | Case No. 25-60070 |
| Light Visually transceivin System | Chapter 7 |
| Debtor(s) | |

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 7/30/2026, I did cause a copy of the following document(s), described below:

Notice of Sale David Sexton

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/30/2026

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 7/30/2026, I caused a copy of the Notice of Sale David Sexton to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | |
|---|---|---|---|---|
| LIGHT VISUALLY TRANSCEIVING SYSTEM CORPORATI | 621 ROOSEVELT RD | ST. CLOUD, MN 56301-4875 | | |
| Minnesota Department of Revenue | Bankruptcy Section | PO BOX 64447 | St Paul, MN 55164-0447 | |
| RAVINIA CAPITAL, LLC | 501 N. Clinton Street | Suite 1206 | Chicago, IL 60654-6596 | |
| United States Attorney | 600 US Courthouse | 300 S 4th St | Minneapolis, MN 55415-3070 | |
| Vidas, Arrett & Steinkraus, P.A. | 8050 Washington Ave S Ste 100 | Eden Prairie, MN 55344-3725 | | |
| 500 FAST CASH | 515 G SE | MIAMI IL 60000 | | |
| AARON & NICOLE MORGAN | 285 N COURTENAY DR | MERRITT ISLAND FL 32953-3407 | | |
| AIR FORCE ACADAMY FOUNDATION | ATTN: MARK HILLE | 3116 ACADAMY DR. | U S A F ACADEMY CO 80840-4499 | |
| AL BERNING | 1439 BELL OAK LANE SW | ROCHESTER MN 55902-1312 | | |
| AL NAGY | 11513 LITTLE HILL POINT | MINOCQUA WI 54548-8866 | | |
| ALABAMA DEPARTMENT OF REVENUE | 1910 E SAMFORD AVE | AUBURN AL 36830-6809 | | |
| ALAN FEINBERG | 414 DARK FOREST DR | CHAPEL HILL NC 27516-3708 | | |
| ALBERT & CLAIRE DELAURO | 24 CHAMPION WAY | SAN ANTONIO TX 78258-4810 | | |
| ALBERT NAGY | 11513 LITTLE HILL POINT | MINOCQUA WI 54548-8866 | | |
| ALEXANDER AND ASHLEE JOHNSON | 33VIA ARMILLA | SAN CLEMENTE CA 92673-7204 | | |
| AMPAL LIGHT COMMUNICATIONS | 239 RD. 22 EAST, STE 307 | DUNELLEN NJ 08812 | | |
| ANDREW BERT | 3600 WINDMILL CURVE | WOODBURY MN 55129-6720 | | |
| ANDREW FAITH | 535 31ST AVE N | ST CLOUD MN 56303-3146 | | |
| ARETE ENTERPRISING, LLC | 14272 CROOKED LAKE ROAD | DEERWOOD MN 56444-8300 | | |
| ARETE ENTERPRISING, LLC | 9115 CAYLEY CT | SAINT CLOUD MN 56301-3426 | | |
| ASTRONAUT MEMORIAL FOUNDATION | SR 405, BLDG M6-306 | KENNEDY SPACE CENTER FL 32899-0001 | | |
| Albert and Claire DeLauro | 24 Champions Way | San Antonio, TX 78258-4810 | | |
| Ashlee Johnson and Alexander Johnson | 1299 Broad Oaks Dr | Brentwood, TN 37027-2036 | | |
| BARBARA CEDERBERG | 1842 COLVIN AVE | ST PAUL MN 55116-2712 | | |
| BECKY WILHLM | 1744 UTE TRAIL | PO BOX 778 | COMO CO 80432-1014 | |
| BELEN LIMITED PARTNERSHIP | 87113 BRINK DR | HORACE ND 58047 | | |
| BELT BUILDING PARTNERSHIP | PO BOX 701 | WAHPETON ND 58074-0701 | | |
| BENJAMIN JENSEN | 1909 7TH STREET N | SARTELL MN 56377-2255 | | |
| BEYEL BROTHERS | PO BOX 236246 | COCOA FL 32923-6246 | | |

| | | | | |
|---|---|---|---|---|
| BRANDON LUTHENS | 18503 NICKEL AVE | HUTCHINSON MN 55350-7127 | | |
| BRANDON S WILLIAMS | 12075 LINCOLNSHIRE DR | AUSTIN TX 78758-2218 | | |
| BRAYDEN WAGNER | 12058 71ST STREET SE | ENGLEVALE ND 58033-9528 | | |
| BREEANNE BAUMGARTEN | 919 WATERS AVE S | SAUK RAPIDS MN 56379-1039 | | |
| BRENT C FISHER | 65 IRONWOOD DR | HENDERSONVILLE NC 28739-6331 | | |
| BRYCE & CHERYL LARSON | 9720 XYLON CT | MINNEAPOLIS MN 55438-1648 | | |
| Becky L Wilhelm | PO Box 778 | Como, CO 80432-1014 | | |
| Belt Building Partnership | 1607 N 6th St | P.O. Box 970 | Wahpeton ND 58074-0970 | |
| Brent C Fisher | 19501 Brue St | Pflugerville, TX 78660-3470 | | |
| Bryce J Larson and Cheryl A Kintop | 9720 Xylon Ct | Minneapolis, MN 55438-1648 | | |
| CAINE & WEINER COMPANY | 12005 FORD ROAD 300 | DALLAS TX 75234-7262 | | |
| CALLTOWER, INC | 10701 S RIVER FRONT PKWY | SOUTH JORDAN UT 84095-3554 | | |
| CARBARA CEDERBERG | 1729 LOGAN AVE S | MINNEAPOLIS MN 55403-2842 | | |
| CHAD & SHEILA SWANSON | 25 RIVERVIEW DR | MORRIS MN 56267-9475 | | |
| CHAD WAGNER | 12057 71ST ST SE | ENGLEVALE ND 58033-9528 | | |
| CHARLES MARTIN | 5530 EDGEWATER BLVD | MINNEAPOLIS MN 55417-2605 | | |
| CHRISTOPHER VONDERHEIDE | 590 BANANA RIVER DR | MERRITT ISLAND FL 32952-3042 | | |
| CLOUDNET INC. | 26- 6TH AVE. N., STE 110 | SAINT CLOUD MN 56303-4747 | | |
| COMCAST BUSINESS | PO BOX 21638 | EAGAN MN 55121-0638 | | |
| CONNIE BONACCI | 32694 PAMELA LN | ST JOSEPH MN 56374-9758 | | |
| COREY LINN | 14272 CROOKED LAKE RD | DEERWOOD MN 56444-8300 | | |
| COREY LINN | 9115 CAYLEY CT | SAINT CLOUD MN 56301-3426 | | |
| CRAIG ANDERSON | 2601 E SLATEN PARK CIRCLE | SIOUX FALLS SD 57103-4640 | | |
| CREATIVE PLANING BUSINESS SERVICES | FKA BERGANKDV, LTD | PO BOX 950459 | SAINT LOUIS MO 63195-0459 | |
| CURTIS H. EMERY, II AND CAROLE A. EMERY | 3765 PALAZZO GROVE | COLORADO SPRINGS CO 80920-2822 | | |
| Chad A and Sheila Swanson Living Trust | 1051 W Latoka Dr SW | Alexandria, MN 56308-9463 | | |
| Curtis H Emery II/Carole A Emery | 3765 Palazzo Grove | Colorado Springs, CO 80920-2822 | | |
| DAMON A GIRARD | 1211 COLUMBIA WAY | COCOA FL 32922-6422 | | |
| DAN WARNEKE | 1105 12TH ST. S. | SAINT CLOUD MN 56301-5450 | | |
| DANIEL B MUELLER | 10426 KADLER AVE NE | MONTICELLO MN 55362-8165 | | |
| DANIEL D RAYMOND | 4322 HICKORY HILL BLVD | TITUSVILLE FL 32780-5949 | | |
| DANIEL G COOK | 3100 SEA MARSH RD | AMELIA ISLAND FL 32034-5051 | | |
| DANIEL RAYMOND | 4322 HICKORY HILL BLVD | TITUSVILLE FL 32780-5949 | | |
| DANIEL TAYLOR | FUTURE GENERATIONS UNIVERSITY | 390 ROAD LESS TRAVELED | FRANKLIN WV 26807-8055 | |
| DANIEL WARNEKE | 1105 12TH ST S | SAINT CLOUD MN 56301-5450 | | |
| DANIEL WEGERIF | 4075 OLD SETTLEMENT ROAD | MERRITT ISLAND FL 32952-6211 | | |
| DAVID E. STERLING LIVING TRUSTE | 1521 CRESTWOOD LANE | MC LEAN VA 22101-2509 | | |
| DAVID JOHNSON | PO BOX 187 | SPICER MN 56288-0187 | | |
| DAVID LEAPALDT | 1228 MILL CREEK CIRCLE | SAINT CLOUD MN 56303-9535 | | |
| DAVID LEE DUNN | 3642 SHELLIE COURT | COCOA FL 32926-4479 | | |

| | | | | |
|---|---|---|---|---|
| DAVID SEXTON | 40294 CR 1 | RICE MN 56367-9556 | | |
| DAVID SHORMA | 6080 SILVERLEAF DR S | FARGO ND 58104-7130 | | |
| DAVID STECKLING | 700 RIVERSIDE DR NE | SAINT CLOUD MN 56304-0136 | | |
| DAVID STERLING | 1521 CRESTWOOD LN | MC LEAN VA 22101-2509 | | |
| DAVIT P BROWN | 5124 TIMBERBRANCH ST | SAN ANTONIO TX 78250-4311 | | |
| DENNIS & NANCY MOEN | 8534 GWYNEDD WAY | SPRINGFIELD VA 22153-3420 | | |
| DONALD SHORMA | 8113 BRINK R | HORACE ND 58047 | | |
| DOUGLAS & KAREN OLSON | 537 PARK LANE | LONG LAKE MN 55356-9763 | | |
| DOUGLAS TOUSSAINT | 1410 15TH STREET N | WAHPETON ND 58075-3519 | | |
| David J Shorma | P.O. Box 9732 | Fargo ND 58106-9732 | | |
| EDWARD MAIER | 325 6TH STREET SOUTH | SAUK RAPIDS MN 56379-1327 | | |
| EDWIN WELLE, LP | 2862 28TH AVE S | FARGO ND 58103-5074 | | |
| EES Holdings, LLC | 56 33rd Ave S | 267 | St. Cloud, MN 56301-3722 | |
| ERIC T BERT | 5829 WOODLANE BAY | WOODBURY MN 55129-9599 | | |
| ERICA DESJARDINS | 621 ROOSEVELT RD | ST. CLOUD MN 56301-4875 | | |
| EXCELLENT ENERGY SOLUTIONS | 56 - 33RD AVE SOUTH #267 | SAINT CLOUD MN 56301-3722 | | |
| EXTREME ELECTRONIC DESIGNS, INC. | 1432 SOUTH LAKESIDE DR. STE 9 | LAKE WORTH BEACH FL 33460-5732 | | |
| Edwin F. Welle, LLLP | P.O. Bos 9361 | Fargo, ND 58106-9361 | | |
| FELICITY-JOHN AND IRENE C. PEDERSON | 621 ROOSEVELT RD. | ST CLOUD MN 56301-4875 | | |
| FELIX SAVOIE | 80 AUDUBON BLVD 70118-5540 | | | |
| FLINT GROUP | 19401 ROGERS DR. | ROGERS MN 55374-2900 | | |
| FLORIDA DEPARTMENT OF REVENUE | OUT OF STATE COLLECTIONS UNIT | 1415 W US HIGHWAY 90 STE 115 | LAKE CITY FL 32055-6156 | |
| FLORIDA HIGH SPEED INTERNET | 1311 BEDFORD DR. | MELBOURNE FL 32940-1975 | | |
| FRANK SNELL | 8836 ASHCRAFT DR | NORTH RICHLAND HILLS TX 76182-3252 | | |
| FRED AND MARY JAHNKE | 100 3RD AVE S, #2701 | MINNEAPOLIS MN 55401-2723 | | |
| FREDRIKSON & BYRON PA | 60 SOUTH SIXTH ST STE 1500 | MINNEAPOLIS MN 55402-1425 | | |
| FRIENDS OF AVIATION | 1105 12TH ST S | SAINT CLOUD MN 56301-5450 | | |
| Felicity-John C. and Irene Petronila C. Sain | 621 Roosevelt Rd. | St. Cloud, Mn. 56301 | 621 Roosevelt Rd.St. Cloud, MN 56301-4875 | |
| GERALD & DELPHINE SEXTON | 40668 CTY RD 1 | RICE MN 56367-9594 | | |
| GREEN VISTA LP | 1611 MANANA ST | AUSTIN TX 78730-4235 | | |
| GREG & PAMELA THOMPSON | 10603 HIDDEN DR SE | OSAKIS MN 56360-8056 | | |
| GREGORY PEDERSON | 6120 WESTWOOD PARKWAY #107 | SAINT CLOUD MN 56303-5102 | | |
| GREGORY PEDERSON | 6120 WESTWOOD PARKWAY, APT 107 | SAINT CLOUD MN 56303-5102 | | |
| GRQ, LLC | 1419 MENDENHALL AVE | BRECKENRIDGE MN 56520-1821 | | |
| H. MICHAEL LAMBERT | 1611 MANANA ST | AUSTIN TX 78730-4235 | | |
| HANNAH RANTA | C/O WARNEKE | 1105 12TH ST S | SAINT CLOUD MN 56301-5450 | |
| HANS MERSINGER | 29 ALLENDALE DR | SAINT CLOUD MN 56301-5138 | | |
| HANS MERSINGER CONSULTING | 29 ALLENDALE DR. | SAINT CLOUD MN 56301-5138 | | |
| HORNUNG HOLDINGS, LLC | PO BOX 263 | 1816 8TH ST N | SARTELL MN 56377-1697 | |
| IRS | PO BOX 7346 | PHILADELPHIA PA 19101-7346 | | |

| | | | | |
|---|---|---|---|---|
| JACK AND MARY BERT | 5829 WOODLAND BAY | WOODBURY MN 55129-9599 | | |
| JACKILORD SCANLON | 621 ROOSEVELT RD | SAINT CLOUD MN 56301-4875 | | |
| JACOB COPSEY | 523 WILSON AVE NE | SAINT CLOUD MN 56304-0143 | | |
| JACOB SYKES | 1376 27TH AVE N | SAINT CLOUD MN 56304-9501 | | |
| JAMES & AMY JECH | 624 PAPERMILL HILL DR | BATAVIA IL 60510-8674 | | |
| JAMES & KAREN SLADEK | 525 OLD CITY GLORY DR NE | ALEXANDRIA MN 56308-4839 | | |
| JAMES JECH | 1523 BARKEI DR | BATAVIA IL 60510-8316 | | |
| JASON BERNICK | 40494 CTY RD 1 | RICE MN 56367-7505 | | |
| JASON SCHULER | 305 6TH ST N | WAHPETON ND 58075-4239 | | |
| JEFFREY & CLAUDIA O'BRIEN | 325 LANSING ISLAND DR | SATELLITE BEACH FL 32937-5106 | | |
| JEFFREY B. MILLER | 1702 GRIZZLY LN | SARTELL MN 56377-7502 | | |
| JEFFREY B. MILLER | 5139 37TH AVE S | MINNEAPOLIS MN 55417-1526 | | |
| JEFFREY W. DAVIS | 2112 LUNE CT | MELBOURNE FL 32904-7366 | | |
| JENNIFER WARNEKE | 206 4TH ST. NE | SAINT STEPHEN MN 56375-9654 | | |
| JENNIFR WARNEKE | 837 19TH AVE N | SAINT CLOUD MN 56303-2623 | | |
| JEREMY NEUMAN | 895 EAGLE RIDG LN | STILLWATER MN 55082-9171 | | |
| JEROME AND LEVONNE SCHUELKE | 684 3RD STREET | DAWSON MN 56232-2125 | | |
| JEROME AND LEVONNE SCHULKE | 997 ASH STREET | DAWSON MN 56232-2249 | | |
| JERRY & CAROL MEYERS | PO BOX 26 | ERIE ND 58029-0026 | | |
| JODY FRIEBE | 3166 CRESCENT RIDGE TRAIL | ST CLOUD MN 56301-5683 | | |
| JOHN A DOWDLE JR. | 162 STONEBRIDGE RD. | LILLYDALE MN 55118-4482 | | |
| JOHN A DOWDLE JR. 2012 IRREVOCABLE TRUST | 1025 WILDWOOD LANE | NAPLES FL 34105-3235 | | |
| JOHN A DOWDLE JR. 2012 IRREVOCABLE TRUST | 332 SOUTH MISSISSIPPI RIVER | SAINT PAUL MN 55105-1210 | | |
| JOHN A. DOWDLE | 162 STONEBRIDGE RD | ST. PAUL, MN 551184482 | | |
| JOHN AND MARY WEITZEL | 1960 LUCILLE LN | SAINT CLOUD MN 56303-0434 | | |
| JOHN BONACCI | 32694 PAMELA LN | ST JOSEPH MN 56374-9758 | | |
| JOHN C AND IRENE C PEDERSON | 26 6TH AVE N. | SAINT CLOUD MN 56303-4558 | | |
| JOHN D LOVEGREN | 9968 91ST ST NW | ANNANDALE MN 55302-2931 | | |
| JOHN DOWDLE | 332 SOUTH MISSISSIPPI RIVER | SAINT PAUL MN 55105-1210 | | |
| JOHN GOODRICH | 14924 EXCELSIOR BLVD | MINNETONKA MN 55345-5708 | | |
| JOHN GRIFFIN | 7235 HOWARD LANE | EDEN PRAIRIE MN 55346-3048 | | |
| JOHN JIRSCHELE | 36 OVERBROOK RD | BARRINGTON IL 60010-9569 | | |
| JOHN L MAIERS | 1510 9TH STREET NORTH | SARTELL MN 56377-2412 | | |
| JOHN LAFOND | 1960 OAK GROVE ROAD SW | SAINT CLOUD MN 56301-4931 | | |
| JOHN ROISE, NUVIEW IRA | 1605 NORTH RIDGE LANE | MANKATO MN 56003-1636 | | |
| JON MCBRIDE | 5419 RIVEREDGE DR | TITUSVILLE FL 32780-7301 | | |
| JON MCBRIDE | C/O JON MCBRIDE, JR. | 5306 ROYAL PADDOCK WAY | MERITT ISLAND FL 32953-7545 | |
| JOSEPH & KELLY GIORDANO | 2779 CAPWOOD LN | CLEARWATER FL 33761-3205 | | |
| JOSEPH S BERT | 5829 WOODLANE BAY | WOODBURY MN 55129-9599 | | |
| JOSH SCHMIDT | 601 CENTRAL AVE W, STE 103 | SAINT MARTIN MN 56376 | | |

| | | | | |
|---|---|---|---|---|
| JOSH SCHMIDT | 601 CENTRAL AVE W, STE 103 | ST. MICHAEL MN 55376-9711 | | |
| JOY FISHER | 65 IRONWOOD DR | HENDERSONVILLE NC 28739-6331 | | |
| JUDY WARNEKE | 1105 12TH ST S | SAINT CLOUD MN 56301-5450 | | |
| JUSTIN BARTLETT | 3227 105TH AVE SE | CLEAR LAKE MN 55319-9533 | | |
| James A. Jech | 1523 Barkei Drive | Batavia, IL 60510-8316 | | |
| John P Weitzel | 1960 Lucille Lane | Saint Cloud, MN 56303-0434 | | |
| John W Jirschele | 36 Overbrook Rd. | South Barrington, IL 60010-9569 | | |
| KARTES FAMILY REVOCABLE LIVING TRUST | 3971 GENEVA GOLF CLUB DR NE | ALEXANDRIA MN 56308-8928 | | |
| KEITH HARRISON | 111 S PINEAPPLE AVE UNIT 504 | SARASOTA FL 34236-5767 | | |
| KEITH HARRISON | 620 YARDARM LN | LONGBOAT KEY FL 34228-3530 | | |
| KENTUCKY DEPARTMENT OF REVENUE | 501 HIGH STREET | FRANKFORT KY 40601-2103 | | |
| KERRY WARD | 750 PORT STREET #1726 | ALEXANDRIA VA 22314-6473 | | |
| LAUREN S. WILLIAMS | 3231 CHARLESTON BLVD | HARRISONBURG VA 22801-3590 | | |
| LAURIE J. LUNDEED | 331780 DENWOOD DR | UNDERWOOD MN 56586 | | |
| LAURIE J. LUNDEEN | 1815 W PLACITA CONOA AZUL | GREEN VALLEY AZ 85622-8075 | | |
| LEE ROSIN | 4730 COFFEE LN | MINNEAPOLIS MN 55406-3642 | | |
| LINDA M LINN LIVING TRUST | 14272 ROOKED LAKE RD | DEERWOOD MN 56444-8300 | | |
| LOUISIANA DEPARTMENT OF REVENUE | PO BOX 201 | BATON ROUGE LA 70821-0201 | | |
| LOWNDES, DROSDICK, DOSTER | PO BOX 2809 | ORLANDO FL 32802-2809 | | |
| QWEST CORPORATION DBA CENTURYLINK QC | ATTN C/O LUMEN TECHNOLOGIES | 931 14th Street, 9th Floor | BROOMFIELD, CO 80202 | |
| Lauren S. Williams | 380 Beauford Rd. | Rockingham, VA 22801-3101 | | |
| LUMEN TECHNOLOGIES INC | 931 14TH STREET 9TH FLOOR | DENVER CO 80202-2994 | | |
| MARCELLA BERNICK | 18255 HWY 95 | FOLEY MN 56329-9792 | | |
| MARED INVESTMENTS LTD | 29719 HIGH ESCHELON | FAIR OAKS RANCH TX 78015-4596 | | |
| MARK ANDREWS | 407 RIO CASA DR | INDIALANTIC FL 32903-3701 | | |
| MARK HOLM | 185 EVERGREEN ROAD | SAINT PAUL MN 55127-2099 | | |
| MARK J STIEGEL | 2719 DIVISION STREET | ST CLOUD MN 56301-3822 | | |
| MARK JIRSCHELE | 1100 NORTHSTAR CIR | HILLSBORO WI 54634-6236 | | |
| MARLON LEISCHNER | 4512 MCALLISTER AVE NE | SAINT MICHAEL MN 55376-2400 | | |
| MARSHALL AND CARRIE ANDERSON | 18 EDENDALE STREET | LADERA RANCH CA 92694-0254 | | |
| MARY ROSELAND | 603 7TH STREET N | SARTELL MN 56377-1517 | | |
| MICHAEL & LESLIE TRCKA | 2235 THRUSHWOOD CIR | VICTORIA MN 55386-9594 | | |
| MICHAEL AND MICHELLE JOHANSEN | 28849 235TH ST | UNDERWOOD MN 56586-9427 | | |
| MICHAEL J MUGGLI | 1309 4-1/2 AVE N. | SAUK RAPIDS MN 56379-2237 | | |
| MICHAEL J. CARTER | 137 S COURTENAY PKWY #2300 | MERRITT ISLAND FL 32952-4843 | | |
| MICHAEL JIRSCHELE | 1105 NORTHSTAR CIR | HILLSBORO WI 54634-6236 | USPS change | |
| MICHAEL MILLAR | 13908 52ND AVE N | MINNEAPOLIS MN 55446-1631 | | |
| MIKE LAMBERT | 1611 MANANA ST | AUSTIN TX 78730-4235 | | |
| MILLENNIUM TRUST LLC, CUST. | 944 FAIRFIELD WAY | MINNETONKA MN 55305-1494 | | |
| MINNESOTA DEOPT OF REV | COLLECTION DIVISION | P.O. BOX 64564 | SAINT PAUL MN 55164-0564 | |

| | | | | |
|---|---|---|---|---|
| MINNESOTA DEPT OF REV | MAIL STATION 5140 | 600 N ROBERT ST | SAINT PAUL MN 55146-5140 | |
| MITCHELL FREEMAN | 1145 COUNTY RD 4 | ST CLOUD MN 56303-0230 | | |
| MORRISON SUND PLLC | ATTN ERIC G. NASSTROM | 5125 COUNTY RD 101 STE 200 | MINNETONKA MN 55345-4129 | |
| MOSS & BARNETT | 3800 EIGHTTH STREET NORTH, STE 102 | SAINT CLOUD MN 56303 | | |
| Mark Holm | 185 EVERGREEN ROAD | NORTH OAKS, MN 55127-2099 | | |
| Mark J. Stiegel | 2719 West Division Street | Suite 106 | 2719 West Division Street | St. Cloud, MN 56301-3405 |
| Marshall J and Carrie Anderson | 18 Edendale St. | Ladera Ranch, CA 92694-0254 | | |
| Michael Francis Trcka and Leslie Alison Trck | 2235 Thrushwood Circle | Victoria, MN 55386-9594 | | |
| Michael J Carter | PO Box 260053 | Pembroke, FL 33026-7053 | | |
| NADIA V. GRUBER | 2221 14TH STREET S | ST. CLOUD MN 56301-4852 | | |
| NAIDA V. PEDERSON | 2221 14TH AVE S | SAINT CLOUD MN 56301-4852 | | |
| NANCY L. FISHER | 1212 RIVERSIDE DR. SE | ST CLOUD MN 56304-1655 | | |
| NANCY LYNN FISCHER | 12011 Eagle View Trail | Nisswa, MN 56468-2198 | | |
| NEIL M PALMERSHEIM | 919 WATERS AVE S | SAUK RAPIDS MN 56379-1039 | | |
| NEW DIRECTION IRA, INC. FBO | CHARLES EHLEN IRA | 1070 W CENTURY DR, STE 101 | LOUISVILLE CO 80027-1657 | |
| NICHOLAS COPSEY | 523 WILSON AVE NE | SAINT CLOUD MN 56304-0143 | | |
| NUVIEW IRA INC FBO | DONALD SCHUELKE | 118 QUEEN ANN CT | FORT PIERCE FL 34949-8361 | |
| NUVIEW IRA INC. FBO | PETER NELSON | 23806 N LAKESHORE DR | GLENWOOD MN 56334-9372 | |
| NUVIEW IRA, INC. | FBO RANDALL W. JOHNSON | 1064 GREENWOOD BLVD | LAKE MARY FL 32746-5420 | |
| NUVIEW TRUST CO. CUSTODIAN | FBO JOHN WEITZEL | 1960 LUCILLE LN | SAINT CLOUD MN 56303-0434 | |
| Naida Victoria C. Gruber | 2221 14th St S. | Saint Cloud, MN 56301-4852 | | |
| OPS AMERICA | 689 MEDINA ST., STE 160 | LORETTO MN 55357-4609 | | |
| PATRICIA STAPLES | 15260 Quamba St NE | Ham Lake MN 55304-7588 | | |
| PATRICK SEXTON | 800 COURTNEY COURT SW | ROCHESTER MN 55902-6630 | | |
| PAUL & JODY REUMAN | 30403 S.D. HWY 248 | PRESHO SD 57568-5418 | | |
| PAUL BROWN | 3031 12TH ST SE | SAINT CLOUD MN 56304-9415 | | |
| PETER & KARI NELSON | 23806 N LAKESHORE DR | GLENWOOD MN 56334-9372 | | |
| PETER AND EDITJH LEE | 1299 JOSEPHINE RD | SAINT PAUL MN 55113-1804 | | |
| PETER J. NELSON REVOCABLE TRUSTE | 23806 N LAKESHORE DR | GLENWOOD MN 56334-9372 | | |
| PHAROS INVESTMENT, LC | PO BOX 126 | WAHPETON ND 58074-0126 | | |
| PHILIP AND MARIA COFFIN | 1321 UPLAND DRIVE PMB 2679 | HOUSTON TX 77043-4718 | | |
| PHILIP AND MARIA COFFIN | 3752 BOGEY DR | BISMARCK ND 58503-9180 | | |
| Patricia J Staples | 15260 Quamba St NE | Ham Lake MN 55304-7588 | | |
| Paul Craig Reuman and Jody Colleen Reuman | 30403 SD Highway 248 | Presho SD 57568-5418 | | |
| Pharos Investments LLC | P.O. Box 9732 | Fargo ND 58106-9732 | | |
| RANDALL & DEBRA JOHNSON | 10316 HERITAGE BAY BLVD #272 | NAPLES FL 34120-5162 | | |
| RANDALL & DEBRA JOHNSON | 10465 HERITAGE BAY BLVD | NAPLES, FL 34120-4537 | | |
| RANDALL & PEGGY LUSSENDEN LIVING TRUST | 800 E LAKE GENEVA RD | ALEXANDRIA MN 56308-8187 | | |
| RANDY MORTINSON | 616 SIMS AVE | ST PAUL MN 55130-4020 | | |
| RAYMOND PEDERSON | 621 ROOSEVELT RD | SAINT CLOUD MN 56301-4875 | | |

| | | | | |
|---|---|---|---|---|
| RICHARD & ROSANNE SHORMA | 1607 NORTH 6TH STREET | WAHPETON ND 58075-3303 | | |
| RICHARD AND JULIE GEISELHART | 850 EAST LAKE GENEVA RD. NE | ALEXANDRIA MN 56308-8187 | | |
| RICHARD H MOEN TRUST | 2880 THE NARROWS DR SW | ALEXANDRIA MN 56308-4639 | | |
| RICHARD SHORMA FAMILY LP | PO BOX 970 | WAHPETON ND 58074-0970 | | |
| RICHARD SHRMA | 826 E LAKE GENEVA RD NE | ALEXANDRIA MN 56308-8187 | | |
| RINKE NOONAN ATTORNEYS AT LAW | 1015 W. ST. GERMAIN ST. | SUITE 300 | SAINT CLOUD MN 56301-5442 | |
| ROBERT & BERTHA MIZKE | 15285 WEST MAPLE AVE | GOLDEN CO 80401-5041 | | |
| ROBERT & CATHY SHORMA | 635 S 45TH ST | BOULDER CO 80305-6051 | | |
| ROBERT & DEBORAH WELLE-POWELL | 20342 County Road 131 | Detroit Lakes MN 56501-7606 | | |
| ROBERT A. SHORMA | 635 S. 45TH STREET | BOULDER CO 80305-6051 | | |
| ROBERT J. DILLOW OR JOHNA DILLOW | 2950 SERANO POINT DRIVE | TITUSVILLE FL 32796-4708 | | |
| ROBERT SEDAROS AND JENNIFER SEDAROS | 874 OAK PARK DR. | MELBOURNE FL 32940-1857 | | |
| ROGER & ARLENE REIERSON | 1103 26TH AVE S | FARGO ND 58103-5728 | | |
| ROGER ROBINSON | 3243 CTYROAD 74 | SAINT CLOUD MN 56301-8905 | | |
| RONALD & MYRA ANDERSON | 10891 33RD STREET NW | KEENE ND 58847-9443 | | |
| RONALD GREENMYER | 8086 123AVE SE | STIRUM ND 58069-9524 | | |
| RONALD ROSE | 401 1ST AVE SE | COLD SPRINGS MN 56320-2553 | | |
| RONALD WADELL | 3921 MANGROVE PLACE | GRANT FL 32949-5337 | | |
| ROSANNE SHORMA | 826 E LAKE GENEVA RD NE | ALEXANDRIA MN 56308-8187 | | |
| Ramond Cunanan Saint John | 621 Roosevelt Rd. | St. Cloud, MN 56301-4875 | | |
| Richard E Shorma JT | 1607 N 6th St P.O. Box 970 | Wahpeton ND 58074-0970 | | |
| Richard Shorma | Po Box 970 | Wahpepon ND 58074-0970 | | |
| Richard Shorma Family Limited Partnership | 1607 N 6th St P.O. Box 970 | Wahpeton ND 58074-0970 | | |
| Richard Shorma Family Limited Partnershp | 1607 N 6th St P.O. Box 970 | Wahpeton ND 58074-0970 | | |
| Richard and Kathy Moens | 2880 The Narrows Dr SW | Alexandria, MN 56308-4639 | | |
| Robert and Johnna Dillow | 2950 Sereno Pointe Dr | Titusville, FL 32796-4708 | | |
| Ronald and Chelie Greenmyer | 8090 123rd ave SE | Stirum, ND, ND 58069-9524 | | |
| Roseanne Shorma | 826 East Geneva Rd NE | Alexandria MN 56308 | | |
| Roseanne Shorma JT | 826 East Geneva Rd NE | Alexandria MN 56308 | | |
| SCOTT OTIS | 18535 SCHROERS FARM ROAD | EDEN PRAIRIE MN 55347-1049 | | |
| SFM | PO BOX 583178 | MINNEAPOLIS MN 55458-3178 | | |
| SHAWN WARNEKE | 206 4TH STREET NE | Saint Stephen MN 56375-9654 | | |
| SHAWN WARNEKE | 837 19TH AVE N | SAINT CLOUD MN 56303-2623 | | |
| SKYLIGHT GARDENS | 501 1ST STREET NORTH | SAINT CLOUD MN 56303-4705 | | |
| SORM INC | P.O. BOX 9732 | FARGO ND 58106-9732 | | |
| SORM, INC | 4340 46TH AVE S | FARGO ND 58104-3924 | | |
| SORM, INC | 7975 180TH AVE SE | WAHPETON ND 58075 | | |
| SORM, INC | PO BOX 126 | WAHPETON ND 58074-0126 | | |
| SPORTSDIGITA, LLC | 7650 EDINBOROUGH WAY, STE 725 | EDINA MN 55435-5990 | | |
| STAINBROOK COMMUNICATIONS | 1941 W DIVISION STREET | SAINT CLOUD MN 56301-3970 | | |

| | | | | |
|---|---|---|---|---|
| STEPHEN SARKA | PO BOX 320628 | COCOA BEACH FL 32932-0628 | | |
| STEVE & JENNIFER JAMESON | 3516 16TH AVE S | SAINT CLOUD MN 56301-4578 | | |
| STEVE SARKA | PO BOX 320628-0628 | COCOA BEACH FL 32932 | | |
| STEVEN W. AND SANDRA J. HOAGLAND | AS JTWROS | 8708 CHALLIS FARM ROAD | CHARLOTTE NC 28226-2600 | |
| SUSAN NEUENSCHWANDER | 111 CUTTER CIRCLE | BLUFFTON SC 29909-4330 | | |
| SUSAN NEUENSCHWANDER | 19 CUTTER CIR | BLUFFTON SC 29909-4312 | | |
| State of Florida Department of Revenue | Post Office Box 6668 | Tallahassee, FL 32314-6668 | | |
| State of Minnesota, Department of Revenue | PO Box 64447 - BKY | St. Paul, MN 55164-0447 | | |
| Steven W. & Sandra J. Hoagland | 8708 Challis Farm Rd | Charlotte, NC 28226-2600 | Charlotte, NC 28226-2600 | |
| Steven W. and Sandra J. Hoagland JTWROS | 8708 Challis Farm Rd. | Charlotte, NC 28226-2600 | | |
| T.J. Properties of St Cloud, LLP | P. O. Box 1061 | St. Cloud, MN 56302-1061 | | |
| T149 dba CenturyLink | Lumen Technologies Group | 931 14th Street, 9th Floor (Attn: Legal- | Denver, CO 80202-2994 | |
| THE CHARLES P EHLEN REVOCABLE TRUST | 2920 WINNEBAGO RD | SARTELL MN 56377-2374 | | |
| THOMAS CAMPBELL | 15536 76TH COURT NE | ELK RIVER MN 55330-3005 | | |
| THOMAS GORIS | 3617 TOWNDALE BLVD | BLOOMINGTON MN 55431-1045 | | |
| THOMAS HARTMAN | PO BOX 1061 | SAINT CLOUD MN 56302-1061 | | |
| THOMAS LEONARD | 7664 CR 19 SE | ROCHESTER MN 55904-6355 | | |
| TIMOTHY B MULDOON AND E. BILYNDA WIGGINS | 125 LA RIVIERE RD | COCOA BEACH FL 32931-2607 | | |
| TIMOTHY FISHER | 13400 STONEWALL FARM DR | HAYMARKET VA 20169-2000 | | |
| TIMOTHY M BERT | 1912 CLAREMONT ST | PHOENIX AZ 85016-1602 | | |
| TIMOTHY MURRAY | 12520 JUNIPER RD APT A | SAINT JOSEPH MN 56374-8724 | | |
| TIMOTHY PLAS | 15945 COUNTY ROAD 75 NW | CLEARWATER MN 55320-2176 | | |
| TIMOTHY VOGT | 430 12TH STREET N | SARTELL MN 56377-1407 | | |
| TJ PROPERTIES OF ST. CLOUD | PO BOX 1061 | SAINT CLOUD MN 56302-1061 | | |
| TODD SCHIEFFERT | 5044 JUANTITA AVE | EDINA MN 55424-1424 | | |
| TRAVIS BYBERG | 47811 275TH ST | HARRISBURG SD 57032-5517 | | |
| TRAVIS BYBERG | 711 BRANNON DR | HARRISBURG SD 57032-8169 | | |
| TROY & JANELLE SLADEK | 1506 E LAKE GENEVA RD NE | ALEXANDRIA MN 56308-7976 | | |
| TULLY BROWN, IRA | 400 E. NAKOMA | HUTTO TX 78634-5565 | | |
| TULLY W BROWN | 400 E NAKOMA | HUTTO TX 78634-5565 | | |
| VIDAS, ARRETT & STEINKRAUS, P.A. | ATTN EDWIN E VOIGT II | 8050 WASHINGTON AVE S., STE 100 | EDEN PRAIRIE MN 55344-3725 | |
| WAGNER FALCONER JUDD LTD | ROBERT A JUDD | 100 S 5TH ST STE 800 | MINNEAPOLIS MN 55402-5357 | |
| WELLS FARGO CARD SERVICES | PO BOX 77053 | MINNEAPOLIS MN 55480-7753 | | |
| WENDY SYKES | 1376 27TH AVE N | SAINT CLOUD MN 56304-9501 | | |
| WESLEY SCHULTZ | 940 BEAVER CT | MARCO ISLAND FL 34145-3503 | | |
| WHITEBOX MARKETING, LLC | 1501 W. SAINT GERMAIN STREET | SAINT CLOUD MN 56301-4176 | | |
| WILLIAM & MARCIE SHORMA | 21 SPANISH BAY | NORTH SIOUX CITY SD 57049-5446 | | |
| WILLIAM C. MURPHY | 290 WOODLAWN AVE | SAINT PAUL MN 55105-1237 | | |
| WILLIAM KIVLER | 1900 CHATHAMOOR DRIVE | ORLANDO FL 32835-8189 | | |
| WILLIAM MURPHY | C/O KATIE MILTNER | 1839 PRINCETON AVE. | ST. PAUL MN 55105-1522 | |
| WILLIAM R BEACH | 12295 COUNTRYVIEW DRIVE | GLEN ALLEN VA 23059-5349 | | |
| XTREME ELECTRONIC DESIGNS, INC. | 9748 VIA GRANDEZA W | WELLINGTON FL 33411-6501 | | |