UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

LIGHT VISUALLY TRANSCEIVING SYSTEM,

Debtor.

Chapter 7
BKY #25-60070

---

# NOTICE OF SALE

TO: The United States Trustee, all creditors and other parties in interest.

On **September 18, 2026,** or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the debtor named above will sell the estate's interest in the following non-exempt property:

The LVX bankruptcy estate has potential claims against its former CEO, DAVID SEXTON, for alleged insider trading of company shares and breach of fiduciary duty of care, corporate waste and mismanagement. The bankruptcy estate has received an offer from Decentranet SPV 16, LLC to purchase all such claims against DAVID SEXTON for a payment in the amount of $3,000 to the bankruptcy estate. This claim is being sold "as-is" with no representations or warranties. The Trustee does not believe there will be any tax liability to the estate from this sale.

The Trustee believes that this sale is in the best interest of the estate.
The Trustee requests that the stay pursuant to Bankruptcy Rule 6004(g) be waived and shall not apply to this sale.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

Clerk of Court
United States Bankruptcy Court
404 U.S. Courthouse
515 West First Street
Duluth, MN 55802

United States Trustee
1015 U S Courthouse
300 So. 4th St.
Minneapolis, MN 55415

Dated: August 24, 2026

*/e/ J. Richard Stermer*
J. Richard Stermer, Trustee
102 Parkway Dr., P. O. Box 514
Montevideo, MN 56265
Telephone: (320) 269-6491